**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE T. JONES,<br><br>Defendant. | Case No. 21-20055-DDC |

**ORDER**

This case comes before the court on Non-Party Kansas City, Missouri Police Department's ("KCMO PD") Motion to Partially Quash Subpoena—specifically, Request Nos. 1 and 2 of the subpoena. (ECF 40.) The KCMO PD's motion and defendant Maurice T. Jones's response raise issues materially identical to those previously raised in Non-Party City of Lenexa's Motion to Partially Quash Subpoena and Jones's subsequent request for the court to authorize issuance of a another subpoena to the City of Lenexa. (ECF 22, 30.) For essentially the reasons explained in the court's prior orders on those motions (ECF 26, 31), the court grants the KCMO PD's motion.

**IT IS THEREFORE ORDERED** that Non-Party KCMO PD's Motion to Partially Quash Subpoena (ECF 40) is granted.

**IT IS FURTHER ORDERED** that the Clerk is directed to serve a copy of this order on counsel of record for the KCMO PD.

**IT IS FURTHER ORDERED** that the Clerk is directed to unseal the court's Memorandum and Order dated August 12, 2022 (ECF 26) for essentially the same reasons the court ordered ECF 31 to be unsealed.

**IT IS SO ORDERED.**

Dated December 22, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge