

# U.S. Department of Justice

## Kate E. Brubacher
United States Attorney
District of Kansas

| Kansas City Office | Wichita Office |
|---|---|
| 500 State Avenue | 1200 Epic Center |
| Suite 360 | 301 N. Main |
| Kansas City, Kansas 66101-2433 | Wichita, Kansas 67202-4812 |

| TEL:  (913) 551-6730 | Topeka Office |
|---|---|
| FAX:  (913) 551-6541 | 444 SE Quincy |
| | Suite 290 |
| | Topeka, Kansas 66683-3592 |

October 11, 2023

**Tim Burdick**
Assistant Federal Defender
District of Kansas
500 State Ave.
Kansas City, KS 66101

**Re: US v. Maurice Jones, 21-CR-20055**

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States hereby discloses to the defendant information regarding expert witnesses whom the United States intends to call during its case-in-chief.  The United States reserves the right to further supplement this notice.

Pursuant to Federal Rule of Criminal Procedure16(b)(1)(A), (B) and (C), the government requests that reciprocal discovery be provided by the defense.

If you have any questions about the information provided in this notice, please contact us.

Respectfully Submitted,

KATE E. BRUBACHER
United States Attorney

By:    */s/ Kim I. Flannigan*
       */s/ Audrey E. McCormick*

       Kim I. Flannigan
       Audrey E. McCormick
       Assistant United States Attorneys

Page 2

## Agent John Hegarty

Special Agent John Hegarty is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Agent Hegarty will testify regarding firearms and ammunition generally and, specifically, his examination of the firearm and ammunition seized from defendant on November 27, 2017: (1) Glock, model 19, 9X19 caliber, semi-automatic pistol, bearing serial number YTG681; (2) twenty-three rounds of 9mm Luger ammunition marked "R-P" and "+P"; (3) thirteen rounds of 9mm Luger ammunition marked "WIN;" (4) one round of 9mm Luger ammunition marked "HORNADY;" and (5) twenty-five rounds of 9mm Luger ammunition marked "HORNADY." Agent Hegarty will also testify regarding his opinions and conclusions resulting from his examination of the firearm and ammunition including that the seized firearm meets the definition of a firearm under federal law and both the firearm and ammunition were not manufactured in the State of Kansas to establish interstate nexus (see also, ATF Report #3, Bates Numbers 3808-11 disclosed on 9/27/23 authored by Agent Hegarty and ATF Report #4, Bates Numbers 3949-53 disclosed on 10/3/23 authored by Agent Hegarty).

Agent Hegarty will also testify regarding the drug related items seized on November 27, 2017 from the defendant and their indicia of drug distribution (Lenexa PD Property Items 17038924-1 through 17038924-8: box of unused sandwich plastic bags, digital scale with white residue, and two tied off plastic bags containing the white substance weighing approximately 7 and 4 grams, respectively, as identified in Bates Numbers 3477-3514 and 3533-92 disclosed on 2/16/22 and 3833-938 disclosed on 10/3/23). Agent Hegarty's opinions and conclusions are based on his personal examination of the seized items as well as his training, education, experience and expertise in firearms, ammunition, and drug sales and distribution as further outlined in his CV, which is attached to this notice. Agent Hegarty has testified twice as an expert within the last four years. Agent Hegarty has no publications authored in the past 10 years.

Special Agent John Hegarty

Page 3

### Abbigail "Abby" Tullis

Abbigail Tullis is a Senior Forensic Scientist with the Johnson County Sheriff's Office's Criminalistics Laboratory. Ms. Tullis will testify about DNA analysis generally and, specifically, her DNA analysis conducted for Johnson County Crime Laboratory case 17CL003222 (reference Laboratory Reports 4 and 5 authored by Ms. Tullis for all information regarding specific lab items tested and their results/conclusions/statistical findings). Ms. Tullis will testify that she developed a Known DNA profile for the defendant, Maurice Jones, from his buccal swabs. Ms. Tullis will testify that she compared the known DNA standard from Maurice Jones to any profile suitable for interpretation/comparisons tested for case 17CL003222 (reference Laboratory Reports 4 and 5). Ms. Tullis will testify that she tested all of the items in 2018 and re-evaluated all items in 2023 due to additional validations conducted after the initial Report (reference Laboratory Report 4) was issued to see if any of the items would be appropriate for additional interpretation under the updated policies and procedures. Ms. Tullis will testify that during the testing conducted in 2018, of the five swabs submitted for DNA analysis, only one swab, from the magazine (Lab Item 3.2: One (1) swab of 9mm magazine), was suitable for DNA comparisons. The other four swabs were not suitable for comparison or further testing based on the policies and procedures in place at that time (reference Laboratory Report 4). Ms. Tullis will testify over all of the results for Lab Item 3.2 (reference Laboratory Report #4 disclosed 2/16/22 and again on 9/26/23 with notes for the complete detailed conclusions/statistical findings, Bates Number 3671-3807, authored by Abby Tullis).

Ms. Tullis will testify that in September 2023, due to updated validations, policies and procedures, she conducted additional interpretations for two items: Lab Item 2.1.1. (Swab of grips sides, front and back from 9mm firearm) and Lab Item 3.3 (One (1) swab of textured sides and base of handle). Ms. Tullis will testify over all of the results for Lab Items 2.1.1 and 3.3 (see also, Laboratory Report #5 disclosed 10/3/23 with notes for the complete detailed conclusions/statistical findings, Bates Numbers 3812-22, authored by Abby Tullis)

Ms. Tullis will testify that her opinions and conclusions are based on her personal examination of the aforementioned items as well as her training, education, experience, and expertise as a forensic scientist. Ms. Tullis' education, experience, and publications are outlined in her CV, which is attached to this notice. Ms. Tullis has testified 3 times as an expert within the last four years.

Abbigail Tullis

Page 4

### Jason Butell

Jason Butell is a Forensic Scientist and Technical Leader with the Johnson County Sheriff's Office's Criminalistics Laboratory. Mr. Butell will testify about firearms and toolmarks identification generally and, specifically, regarding his examination and test fire of the firearm seized from defendant on November 27, 2017 (item 2) using the ammunition seized from defendant that same day (item 3). Mr. Butell will testify that the firearm was a functional firearm (see also, Laboratory Report #3 disclosed 2/16/22 and again on 9/26/23 with notes, Bates Number 3662-3670, authored by Jason Butell). Mr. Butell will testify that his opinions and conclusions are based on his personal examination of the aforementioned items as well as his training, education, experience, and expertise as a forensic scientist. Mr. Butell's education, experience, memberships, and experience testifying as an expert are outlined in his CV, which is attached to this notice. Mr. Butell has not authored any publications within the past ten years.

Jason Butell

Page 5

### Danielle Bilbrey

Danielle Bilbrey is a Forensic Scientist with the Johnson County Sheriff's Office's Criminalistics Laboratory. Ms. Bilbrey will testify about controlled substance analysis generally and, specifically, regarding her examination the white powder seized from defendant on November 27, 2017 (item 1). Ms. Bilbrey will testify that her analysis confirmed the white powder was cocaine, a controlled substance, and the net amount of cocaine submitted was 8.72 grams (see also, Laboratory Report #1 disclosed 2/16/22 and again on 9/26/23 with notes, Bates Number 3635-3801, authored by Danielle Bilbrey). Ms. Bilbrey will testify that her opinions and conclusions are based on her personal examination of the aforementioned items as well as her training, education, experience, and expertise as a forensic scientist. Ms. Bilbrey's education, experience, memberships, and experience testifying as an expert are outlined in her CV, which is attached to this notice. Ms. Bilbrey has not authored any publications within the past ten years.

_____

Danielle Bilbrey

Page 6

**Stacy Enemark**

Stacy Enemark is a Forensic Scientist with the Johnson County Sheriff's Office's Criminalistics Laboratory. Ms. Enemark will testify generally about fingerprint transfer and fingerprint analysis and, specifically, regarding her examination of the handgun (item 2) and magazines (item 3) seized from defendant on November 27, 2017. Ms. Enemark will testify there were no latent prints found on the handgun and no latent prints of value for comparison on the magazines (see also, Laboratory Report #2 disclosed 2/16/22 and again on 9/26/23 with notes, Bates Number 3652-3661, authored by Stacy Enemark). Ms. Enemark will testify that her opinions and conclusions are based on her personal examination of the aforementioned items as well as her training, education, experience, and expertise as a forensic scientist. Ms. Enemark's education, experience, memberships, publications, and experience testifying as an expert are outlined in her CV and addendum, which are attached to this notice.

Stacy Enemark

John Hegarty, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
Kansas City, Missouri

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since May 2015. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. I have access to the records of all licensed firearm and ammunition manufactures and importers in the United States.  Also, I maintain a collection of books, videos, printed material and documents that relate to the field of firearms and ammunition.

3. I attended Metropolitan State College of Denver, where I earned a Bachelor Degree in History with a minor in Criminal Justice.

4. I am a graduate of the Johnson County Regional Police Academy located in Overland Park, Kansas.  I worked as a Police Officer with the Leawood, Kansas Police Department for approximately 2 and ½ years.

5. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.

6. I am a graduate of the Special Agent Basic Training for ATF Special Agents.

7. I have completed ATF's Firearm Interstate Nexus Course in Glynco, Georgia, put on by the ATF Firearms Technology Branch.

8. During the course of my duties, I have examined hundreds of firearms and hundreds of rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; function and design, and/or status as related to the National Firearms Act.

9. I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

10. I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding licensing application, firearms transfer, acquisition,

disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATF's liaison with the firearms industry.

11. I have received formal training for law enforcement and regulatory personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

- Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, Georgia
- Special Agent Basic Training, ATF National Academy, Glynco, Georgia
- Firearms Interstate Nexus Training, ATF Firearms Technology Branch, ATF National Academy, Glynco Georgia
- ATF SRT Basic Course

12. I have toured the following firearm manufacturers:

- CZ-USA, Kansas City, KS
- Daniel Defense, Black Creek, GA

13. I have testified as an expert witness for Interstate Nexus in two jury trials in the Western District of Missouri.

- USA vs. Jovell SWOPES, Case No. 19-00343-01-CR-W-HFS, 12/14/2021
- USA vs. Anthony ROBINSON, Case No. 4:19-cr-00081-BCW, 03/28/2023

_John Hegarty_

_____

John Hegarty
Special Agent
Firearm Interstate Nexus Expert
Bureau of Alcohol, Tobacco, Firearms and Explosives

# ABBIGAIL CHRISTINE TULLIS

Johnson County Sheriff's Office  Criminalistics Laboratory
11890 S. Sunset Drive
Olathe, KS 66061
Phone: (913) 826-3218 Fax: (913) 826-3286
Email: Abbigail.Tullis@jocogov.org

## Education:

**Bachelor of Science in Biological Sciences**                                **May 2007**
    Minor in Chemistry
    Southern Illinois University; Carbondale, Illinois

## Professional Organizations:

**Midwestern Association of Forensic Scientists (MAFS**)
    *Regular Member:*    October 20, 2014 to Present
    *Associate Member:*    October 27, 2008 to December 15, 2010

**American Academy of Forensic Sciences**
    *Associate Member:*    March 19, 2018 to Present

## Experience:

Oct. 2012- Present        Johnson County Sheriff's Office        Olathe, KS
                            Criminalistics Laboratory

**Senior Forensic Scientist**

<u>Responsibilities:</u> Perform biological examinations and DNA analysis on crime scene evidence submitted to the laboratory.  Evaluate and interpret evidence, data and results; issue written reports on findings and offer expert court testimony, as needed.  In addition, conduct reviews on case records and perform the duties of back-up Local CODIS Administrator.

Jan. 2012- Sept. 2012        Viracor IBT Laboratories        Lee's Summit, MO

**Clinical Laboratory Scientist- Infectious Disease Unit**

<u>Responsibilities:</u>  Perform appropriate testing on specimens submitted to the laboratory in the infectious disease unit.  Utilized the methodology of real-time PCR to identify target viruses quantitatively and qualitatively and was a part of a team responsible for the validity of the test results obtained prior to the submission of those results to clients.

Nov. 2007- Dec. 2010          Missouri State Highway Patrol          Jefferson City, MO
                                     Crime Laboratory

**Criminalist II/DNA Analyst**

Responsibilities: Attempt to locate, identify and genetically type (using STR and Y-STR technology) biological material from crime scene evidence, interpret DNA profiles developed from crime scene evidence and make comparisons to known reference standards, draw conclusions in a report and testify to those results.  In addition, conduct peer review on case records, performed duties as the back-up Local CODIS Administrator and Safety Representative for the DNA section.

Aug. 2006- Dec. 2006          Illinois State Police          Carbondale, IL
                                     Crime Laboratory

**Internship: Illinois State Police Forensic Science Center**

Responsibilities: Experience in observing laboratory analysis and writing of reports for each discipline at the crime laboratory.  Created an ISP data library of over 200 fibers and of other various materials such as adhesives using an instrument called the Attenuated Total Reflectance for the Microscopy section of the Illinois State Police.

## **Training Received:**

9th Annual Workshop on STRmix Implementation and Casework Approach
Virtual training
June 27-28, 2023

28th National CODIS Conference
Web-based/Virtual, FBI
November 14-18, 2022

PACE Software for Number of Contributor Assessment
NicheVision Forensics, LLC
June 2, 2022

27th National CODIS Conference
Web-based/Virtual, FBI
November 15-18, 2021

2020 Quality Assurance Standards (QAS) Auditor Assessment
Web-based, FBI Virtual Academy
September 8, 2021

7th Annual Workshop on STRmix Implementation and Casework Approach
Virtual training
June 22-24, 2021

Probabilistic Genotyping in Court Workshop
Web-based, National Institute of Justice
December 14, 2020

Representation of Statistical Weight to Stakeholders Workshop
Web-based, National Institute of Justice
December 14, 2020

Uncertainty and Limitations of Probabilistic Genotyping Systems Workshop
Web-based, National Institute of Justice
December 29, 2020

STRmix Training Workshop
Presented by Jo-Anne Bright, Zane Kerr, and Maarten Kruijver
Olathe, KS
July 15-18, 2019

LEAP (Leadership Empowers all People)
Johnson County Government
Olathe, KS
August 28-30, 2018

ANSI-ASQ National Accreditation Board
Forensic ISO/IEC 17025:2017 Assessor Training(Testing) by Emma K. Dutton, Ph.D. and
Jami St. Clair
June 25-29, 2018

U.S. Department of Justice; Federal Bureau of Investigation - Laboratory Division
Quality Assurance Standards and Auditor Training Curriculum
January 2, 2018

U.S. Department of Justice; Federal Bureau of Investigation - Laboratory Division
Quality Assurance Standards Assessment
January 2, 2018

46th Annual Midwestern Association of Forensic Scientists Conference
Conference/Meeting
September 20th- 22nd, 2017
Cincinnati, Ohio

46th Annual Midwestern Association of Forensic Scientists Conference
Familial DNA Analysis Workshop presented by Kristin Schelling and Rock Harmon
September 20th, 2017
Cincinnati, Ohio

Probabilistic Genotyping and Lab Retriever Training Workshop
Presented by Dr. Norah Rudin and Keith Inman of SCIEG
June 28th-30th, 2016
Olathe, Kanas

Mid-America 2015 Forensic DNA Conference hosted by PTC
Mid-America 2015 DNA Conference
April 8th-9th, 2015
Columbia, Missouri

Mid-America 2014 Forensic DNA Conference hosted by PTC
Mid-America 2014 DNA Conference
April 9th-10th, 2014
Columbia, Missouri

Crime Scene School hosted by Kansas City Police Crime Laboratory
Crime Scene School Facilitators: George Santoro and Madison Palmer
October 14th-25th, 2013
Kansas City, Missouri

Mid-America 2013 Forensic DNA Conference hosted by PTC
Mid-America 2013 DNA Conference
April 10th-11th, 2013
Columbia, Missouri

Mid-America 2013 Forensic DNA Conference hosted by PTC
6-Dye Evolution: Prepare Your Lab for the Future of CE Fragment Analysis and beyond
presented by Life Technologies
April 9th, 2013
Columbia, Missouri

Mid-America Forensic DNA Conference hosted by PTC
Low Number Copy Workshop presented by Theresa Caragine, Ph.D.
April 6th, 2010
Columbia, Missouri

Mid-America Forensic DNA Conference hosted by PTC
Conference/Meeting
April 7th-8th, 2010
Columbia, Missouri

U.S. Department of Justice
Federal Bureau of Investigation; CODIS UNIT
Combined DNA Index System (CODIS) Training
August 3rd-7th, 2009
Vienna, Virginia

Mid-America Forensic DNA Conference hosted by PTC
Basic DNA Statistics Workshop
April 7th, 2009
Columbia, Missouri

Mid-America Forensic DNA Conference hosted by PTC
Conference/Meeting
April 7th-9th, 2009
Columbia, Missouri

19th International Symposium on Human Identification
Promega Corporation
Troubleshooting Common Laboratory Problems Workshop
October 16th, 2008
Hollywood, California

19th International Symposium on Human Identification sponsored by Promega Corporation
Forensic Population Genetics Workshop presented by Marty Tracey
October 13th, 2008
Hollywood, California

University of Central Oklahoma
Interpretations of DNA Mixtures Workshop presented by Jennifer Luttman and Anthony Onorato
Hosted by the University of Central Oklahoma Forensic Science Institute
September 16th-17th, 2008
Edmond, Oklahoma

Mid-America Forensic DNA Conference hosted by PTC
Courtroom Testimony Workshop presented by Anjali R. Swieton, MFS, JD
April 15th, 2008
Columbia, Missouri

Mid-America Forensic DNA Conference hosted by PTC
Conference/Meeting
April 15-18th, 2008
Columbia, Missouri

## Publications:

Mary Loten, Erica K. Graham, Jonelle Thompson, Doug Wieczorek, Kevin Brewer, Abbigail Tullis, Allison Unthank and Anupama Gopalakrishnan. *Developmental Validation of the Maxwell® FSC DNA IQ™ Casework Kit on the Maxwell® FSC Instrument.*

Abbigail Tullis Summary of testimony: last 4 years

| Date of testimony | Location | Trial type | Court Case No. |
|---|---|---|---|
| 1/9/2019 | Johnson Co. District Court | Jury trial | 15CR01839 |
| 8/13/2019 | Independence, MO | Jury trial | 1716-CR04604-02 |
| 10/26/2022 | Johnson Co. District Court | Jury trial | 19CR00876 |

| Division |
|---|
| 18 |
| 16 |
| 17 |

# Jason Butell

Firearms and Toolmarks Section Technical Leader
Johnson County Sheriff's Office Criminalistics Laboratory (JCSOCL)
11890 S Sunset Dr., Olathe, KS  66061
jason.butell@jocogov.org
913.826.3226

**Expertise:**     Seventeen years of casework experience in the field of Firearms and Toolmarks Identification with expert testimony provided over 80 times. Scientific analyses performed by examining and function testing firearms for subsequent microscopic comparisons to bullets, cartridge cases and ammunition components. Additional qualifications include; utilization of the National Integrated Ballistic Information Network (NIBIN), serial number restorations, microscopic examination, and chemical testing of gunshot residues for distance determination, and comparison of toolmarks to tools.

**Education:**     ***Master of Science in Forensic Science, emphasis in Firearms and Toolmarks***
*Oklahoma State University, Tulsa, OK 2023*
Postgraduate coursework included; Forensic Statistics, Firearm and Toolmark Identification, Advanced Firearm Examination, Advanced Toolmark Examination, Ethical Research & Scientific Writing, Criminalistics & Evidence Analysis, History of Firearms Identification, Law and Expert Evidence, & Admissibility of Firearm Identification.

***Bachelor of Science in Biology***
*Kansas State University, Manhattan, KS 1998*

**Experience:**     **Forensic Scientist Technical Leader - Firearms & Toolmarks**
*7-2022 to current; JCSOCL, Olathe, KS*

**Senior Forensic Scientist - Firearms & Toolmarks**
*1-2019 to 7-2022; JCSOCL, Olathe, KS*

**Forensic Scientist III - Firearms & Toolmarks**
*2-2014 to 1-2019; JCSOCL, Olathe, KS*

**Forensic Scientist II - Firearms & Toolmarks**
*4-2010 to 2-2014; JCSOCL, Mission – Olathe, KS*

**Forensic Scientist I - Firearms & Toolmarks**
*2-2009 to 4-2010; JCSOCL, Mission, KS*

**Forensic Scientist II - Firearms & Toolmarks**
*1-2009 to 2-2009; Sedgwick County Regional Forensic Science Center, Wichita, KS*

**Forensic Scientist I - Firearms & Toolmarks**
*8-2006 to 1-2009; Sedgwick County Regional Forensic Science Center, Wichita, KS*

**Medicolegal Death Investigator**
*4-2003 to 8-2006; District Coroner's Office, Sedgwick County Regional Forensic Science Center, Wichita, KS*

**Crime Scene Investigator**
*4-2002 to 3-2003; Wichita Police Department Crime Lab, Wichita, KS*

**Police Officer**
*9-1999 to 4-2002; Georgetown Police Department, Georgetown, TX*

**Specialized Training:**
Completed the Association of Firearm & Toolmark Examiners' (AFTE) training curriculum, and all requirements including; research, competency tests & supervised casework in September 2008.

2023, 2 days, Midwest Firearm Training Seminar and Sunnen Manufacturing tour, St Louis, MO

2023, half day tour of Wilde Tool manufacturing, Hiawatha, KS

2023, 2 hours on the Evolution of Glock Manufacturing, webinar, JCSOCL

2023, 2 days of Subclass Characteristics Workshop, at KCPD Crime Lab, MO

*2022,* 1 day SIG Sauer P320 Armorer's Course, at Belton PD, MO

*2021,* 4 days of virtual AFTE Annual Training Seminar, JCSOCL

*2021,* 15 hours, MIG (Metal Inert Gas) Welding I Short Course, Johnson County Community College in Overland Park, KS

*2021,* 20 hours, Introduction to Welding Short Course, Johnson County Community College in Overland Park, KS

*2020,* 4 hours, Issues of Cognitive Bias in Forensic Science, webinar, JCSOCL

*2019,* 1 day Glock Armorer's Course, at Merriam PD, KS

*2018,* 4 days of ANAB Forensic ISO/IEC 17025:2017 Technical Assessor Training (Testing), at JCSOCL, Olathe, KS

*2017,* 1 day FN Five-SeveN Armorer Course, at KBI Topeka, KS

*2017,* 1 day FN P90/PS90 Armorer Course, at KBI Topeka, KS

*2016,* 1 day at Velocity Tactics (formerly Fort Scott Munitions), Fort Scott, KS

*2015,* 1 week at the 46th Annual AFTE Training Seminar, Dallas, TX

*2014,* 1 week at the 45th Annual AFTE Training Seminar, Seattle, WA

*2014,* 4 and a half days of Examination and Comparison of Footwear Impression Evidence by Ron Smith & Associates, Arvada, CO

*2014,* 1 day Glock Pistol Armorer Course, KCPD Training Academy, MO

*2013,* 3 days of Forensic Shooting Incident Reconstruction Course by Forensic Science Consultants, at JCSOCL, Olathe, KS

*2013,* 1 day of Forensic 3D Laser Scanning Crime Scene Investigation and Reconstruction Course, at JCSOCL, Olathe, KS

*2013,* 6 hours of ASCLD/LAB International Measurement Confidence Course, Web-based

*2013,* 1 week at the 44th Annual AFTE Training Seminar, Albuquerque, NM

*2013,* 1 day of the SWGGUN Admissibility Training Workshop, AFTE 2013

2

**Specialized Training continued:**

*2013*, 4 hours of The Science Behind Firearm Individualization Workshop, AFTE 2013

*2013*, 2 days of Armalite M-15 and AR-10 Armorer Course, Liberty PD, MO

*2012*, 2 days of Remington 870 Armorer Course, at Johnson County SO, New Century, KS

*2011*, 1 day Glock Pistol Armorer Course, Liberty PD, MO

*2011*, 1 day Benelli Shotgun Armorer Course, Liberty PD, MO

*2011*, 1 week at the 42nd Annual AFTE Training Seminar, Chicago, IL

*2011*, 1 day of the BATFE's Machine Gun Conversions/Silencers Workshop, AFTE 2011

*2010*, 1 day at Alliant Techsystems Lake City Army Ammunition Plant, Independence, MO

*2010*, 4 days of the FBI's GSR and Distance Determination Course at the KCMOPD Training Academy, Kansas City, MO

*2010*, 1 week at the 41st Annual AFTE Training Seminar, Henderson, NV

*2010*, 4 hours of Contemporary Issues in Firearms Identification course, AFTE 2010

*2009*, 1 day of Introduction to Shooting Scene Reconstruction, at JCSOCL, Mission, KS

*2008*, 3 days of Serial Number Restoration training at the ATF National Laboratory Center, Ammendale, MD

*2008*, 1 week at the 39th Annual AFTE Training Seminar, Honolulu, HA

*2007*, 3 days of Forensic Tire Track Examination and Comparison Course, Ames, IA

*2007*, 1 week at the 38th Annual AFTE Training Seminar, San Francisco, CA

*2007*, 1 day of SIGARMS Armorer training for the P229, AFTE 2007

*2007,* half day of Hi-Point Familiarization workshop, AFTE 2007

*2007*, 1 day of Mossberg Armorer training, at Kansas Law Enforcement Training Center, KS

*2007*, 1 week of Detection, Recovery and Examination of Footwear Impression Evidence, Ames, IA

*2007*, 1 week of Integrated Ballistics Identification System (IBIS) Data Acquisition training sponsored by the Bureau of Alcohol, Tobacco, Firearms and Explosives, Largo, FL

*2006*, 1 week at the 37th Annual AFTE Training Seminar, Springfield, MA

*2006,* half day at Sturm, Ruger & Co., Inc., Southport, CT

*2006*, half day at Mayhew Tools, Shelburne Falls, MA

*2006,* half day of Overview of Toolmark Identification, AFTE 2006

**Specialized Training continued:**

*2006*, 2 days of Kansas Hunter Education by Kansas Wildlife and Parks

*2003*, 1 week of Death Investigation Training Seminar at Jackson County Medical Examiner's Office, Kansas City, MO

*2002*, 8 weeks of training in Crime Scene Investigation at Wichita PD Crime Lab, Wichita, KS

*2002*, 3 days at the Mid States Homicide Investigators Training Seminar, Wichita, KS

*2002*, 2 days at the Kansas Division of the International Association for Identification (KDIAI) Training Seminar, Wichita, KS

*2001*, 2 weeks of Advanced Collision Investigation, Austin, TX

*2001*, 1 week of Pedestrian & Bicyclist Collision Reconstruction, Austin, TX

*2001*, 3 days of Intermediate Crime Scene Investigation, Austin, TX

*2000*, 4.5 months (682 hours, 10-99 to 2-00) Peace Officer Certification, Capital Area Law Enforcement Academy, Austin, TX

**Court Testimony Provided:**

Johnson County District Court, Olathe, KS    U.S. District Court, Kansas City, KS
Sedgwick County District Court, Wichita, KS    U.S. District Court, Wichita, KS
Wyandotte County District Court, Kansas City, KS    Franklin County District Court, Ottawa, KS
Clay County District Court, Clay Center, KS    Shawnee County District Court, Topeka, KS
Leavenworth County District Court, Leavenworth, KS    Douglas County District Court, Lawrence, KS
U.S. District Court, Kansas City, MO

**Memberships:**

Association of Firearm and Toolmark Examiners (AFTE), Regular Membership 2011-Current
Association of Firearm and Toolmark Examiners, Provisional Membership 2008-2011
Kansas Division of the International Association for Identification (KDIAI) 2006-2019

**Presentations:**

"Topic of Inconclusive Results in Admissibility Hearings"
2023 Midwest Firearm Training Seminar, St Louis, MO

"The Science in Forensic Investigations"
2018 Saturday STEM (Science, Technology, Engineering & Mathematics) Seminar, Kansas City
Science City at Union Station, KCMO

"Magneto-Optical Techniques to Visualize & Read Obliterated Serial Numbers/VINs"
2015 Missouri State Highway Patrol Presentation, Lee's Summit, MO

"Science Used in the Investigation of Crimes"
2015 Kansas Citizens for Science Presentation, Overland Park, KS

"Evaluation of Magneto-Optical Sensor Technology"
2014 National Institute of Justice and RTI International Virtual Classroom/Webinar

4

**Presentations continued:**

"Magneto-Optical Sensor Technology for Detecting and Visualizing Obliterated Serial Numbers in Firearms"
2014 Association of Firearm & Toolmark Examiners Annual Training Seminar Poster Presentation, Seattle, WA


"Toolmarks on Nylon Cable Ties"
2013 Association of Firearm & Toolmark Examiners Annual Training Seminar Poster Presentation, Albuquerque, NM

"Process & Collection of Firearms Evidence"
2009 Kansas Division of the International Association for Identification Presentation, Lawrence, KS

"Firing Pin Impression Depth & Volume Measurements"
2008 Association of Firearm & Toolmark Examiners Annual Training Seminar Technical Presentation, Honolulu, HA

**Instruction Provided:**

Routine training is provided in all aspects of Firearm and Toolmark examinations and Shooting Incident Reconstruction in an ongoing basis for the Johnson County Community College Regional Police Academy, Crime Scene School hosted jointly by KCPD's Crime Lab and Johnson County Sheriff's Office Crime Lab, Johnson County District Attorney's Office, Local Science organizations, and Agencies in and around Johnson County.

**Summary of testimony provided by Jason Butell in the last four years:**

| Testimony Date | Court Case No. | Location | Division | Type |
|---|---|---|---|---|
| 5/2/2023 | 19-00263-CR-W-DGK | US Dist, W Dist of MO | 8D | JT |
| 2/16/2023 | 19CR0496 | Johnson County | 8 | JT |
| 10/28/2022 | 22CR0263 | Wyandotte County | 13 | GPH |
| 10/26/2022 | 19CR0876 | Johnson County | 17 | JT |
| 5/19/2022 | 19CR1784 | Shawnee County | 12 | JT |
| 4/28/2022 | 18CR1128 | Johnson County | 8 | JT |
| 3/31/2022 | 19CR1663 | Shawnee County | 11 | JT |
| 2/25/2022 | 21CR1333 | Johnson County | 15 | GPH |
| 11/3/2021 | 20CR0637 | Shawnee County | 1 | JT |
| 8/11/2021 | 19CR20025-01 | US Dist, KCK | #643 | JT |
| 6/29/2021 | 18CR1128 | Johnson County | 8 | MOT |
| 6/9/2021 | 21CR1919 | Johnson County | 17 | JT |
| 5/26/2021 | 20CR1714 | Shawnee County | 13 | JT |
| 4/14/2021 | 21JV0076 | Johnson County | 13 | WH |
| 10/23/2020 | 20JV0551 | Johnson County | 12 | WH |
| 3/10/2020 | 18CR1278 | Johnson County | 18 | JT |
| 1/15/2020 | 19JV0906 | Johnson County | 13 | JT |
| 12/3/2019 | 18CR1386 | Johnson County | 17 | JT |
| 10/30/2019 | 18CR1128 | Johnson County | 8 | GPH |
| 10/23/2019 | 19CR1682 | Johnson County | 9 | GPH |
| 9/13/2019 | 19JV0531 | Johnson County | 12 | WH |
| 2/27/2019 | 17CR2853 | Johnson County | 3 | JT |
| 2/13/2019 | 17CR0314 | Johnson County | 3 | JT |

**CURRICULUM VITAE**

**Name:**          Danielle Bilbrey

**Title:**          Forensic Scientist

**Address:**          Johnson County Sheriff's Office Criminalistics Laboratory

11890 S. Sunset Drive

Olathe, Kansas 66061

**Telephone:**          (913) 826-3224

**Education:**          University of Missouri-Columbia

B.S. Chemistry 1995

**Experience:**          2010-present     Johnson County Sheriff's Office Criminalistics Laboratory,

Forensic Scientist

1995-2009          Kansas City Police Crime Lab, Forensic Specialist

**Professional Affiliations:**          Midwestern Association of Forensic Scientists

Clandestine Laboratory Investigating Chemists

**Certifications:**

**Continuing Education:**

May 1996                    Clandestine Laboratory Investigation Safety Course

(5 day course)               Jefferson City, Missouri


September 1996          DEA Forensic Chemist Seminar

(5 day course)             McClean, Virginia


October 1996              Crime Scene Investigation School

(12 day course)           Kansas City, Missouri

| | |
|---|---|
| May 1998 | Instrumental Analysis of Bomb and Explosive Residue |
| (5 day course) | Quantico, Virginia |
| April, 1999 | DEA Forensic Chemist Seminar |
| (5 day course) | Kansas City, Missouri |
| October 1999 | Forensic Microscopy |
| (5 day course) | Jefferson City, Missouri |
| September 2000 | Infared Spectrometry for Trace Analysis |
| (5 day course) | Quantico, Virginia |
| February 2001 | Forensic Toxicology |
| (3 day course) | St. Charles, Missouri |
| January 2002 | Designer Drugs |
| (1 day course) | Kansas City, Mo. |
| September 2003 | Microscopy of Explosives |
| (5 day course) | Chicago, Illinois |
| October 2003 | Khat Analysis and Court Testimony |
| (1 day class) | Columbus, Ohio |

| April 2005 | FTIR Analysis and Controlled Substances |
| (5 day course) | Milwaukee, Wisconsin |

| October 2010 | Integrity, Character and Ethics in the Forensic Sciences |
| (1 day course) | Kansas City, Missouri |

| October 2010 | The Use of LC/MS/MS in Today's Forensic Investigations |
| (0.5 day course) | Kansas City, Missouri |

| February 2011 | Advancing Separations and Detection in LC and LC/MS |
| (0.5 day course) | Overland Park, Kansas |

| March 2011 | PowerPoint for Public Safety |
| (2 day course) | Overland Park, Kansas |

| May 2012 | Practical High Performance Liquid Chromatography |
| (1 day couse) | Lenexa,  Kansas |

| August 2012 | Analysis of Emerging Drugs of Abuse |
| (1 day course) | Olathe, Kansas |

| January 2013 | Clandestine Lab Recognition and Investigation |
| (3 hour course) | Olathe, Kansas |

| April/May 2013 | Emerging Trends in Synthetic Drugs Workshop |
| (2 day course) | webinar from Gaithersburg, Maryland |

| May 2014 | Bomb Squad Training |
| (2 hour course) | Olathe, Kansas |

| September 2015 | Clandestine Laboratory Investigating Chemists annual technical seminar |
| (24 hour course) | Oklahoma City, Oklahoma |

| Spring 2016 | Johnson County Sheriff's Office Leadership Academy |
| (56 hour course) | Olathe, Kansas |

| June 2016 | Chemistry Refresher |
| (20 hour course) | Olathe, Kansas |

| August 2016 | Agilent GC/MS Course |
| (13 hour course) | Olathe, Kansas |

| April 2017 | Annual Meeting of Kansas Forensic Chemists |
| (5 hour course) | Topeka, Kansas |

| July 2017 | Fentanyl for First Responders |
| (1.5 hour course) | Webinar from Folsom, California |

| | |
|---|---|
| December 2017 | Incorporating Liquid Chromatography into the Forensic Lab |
| (2.5 hour course) | Topeka, Kansas |
| | |
| August 2018 | Advanced Courtroom Testimony |
| (16 hour course) | Topeka, Kansas |
| | |
| August 2018 | Issues of Cognitive Bias in Forensic Science |
| (8 hour course) | Olathe, Kansas |
| | |
| May 2019 | Annual Meeting of Kansas Forensic Scientists |
| (6 hour course) | Topeka, Kansas |
| | |
| September 2019 | Clandestine Laboratory Investiging Chemists Technical Training Seminar |
| (20.5 hour course) | Philadelphia, PA |
| | |
| January 2020 | Marijuana or Hemp: From Farm Bill to Forensic Analysis |
| (2 hour course) | webinar from National Institure of Justice |
| | |
| May 2020 | Drug Chemistry Bring Your Own Slides |
| (3 hour course) | webinar from Midwestern Association of Forensic Scientists |
| | |
| September 2020 | Drug Chemistry Bring Your Own Slides |
| (3 hour course) | webinar from Midwestern Association of Forensic Scientists |

| April 2021 | Reliable Quantification of THC in Chocolate/Identifying Fentanyl Analogs and Illicit Drugs |
| (1.5 hour course) | webinar from CFSRE |
| August 2021 | Novel Psychoactive Substance Naming Conventions and Challenges |
| (1 hour course) | webinar from CFSRE |
| January 2022 | What's New in the Designer Drug Scene |
| (1 hour course) | webinar from CFSRE |
| January 2022 | Lab Safety for Preventing Drug Exposure |
| (1 hour course) | webinar from CFSRE |
| June 2022 | Special Topics in Seized Drug Analysis |
| (16 hour course) | Dayton, Ohio |
| February 2023 | Rethinking Weighing and Sampling for Safety and Impact |
| (1 hour course) | webinar from CFSRE |
| February 2023 | Delta-9-THC Semi-quantitiation method |
| (4 hour course) | webinar from SWAFS |
| March 2023 | Disguised by Design- 2023 Update on Emerging NPS Drugs |
| (1 hour course) | webinar from NMS labs |

April 2023               CFSRE forensic drug symposium- worldwide drug landscape

(2 hour course)          webinar from CFSRE


May 2023                 Labeling with love or lethal consequences for CBD containing products

(1 hour course)          webinar from Forensic Technology Center of Excellence


May 2023                 Seized Drugs- Detecting and identifying new compounds

(1 hour course)          webinar from NMS labs


June 2023                All is not pot that's green- an overview of THC isomers

(1 hour course)          webinar from Forensic Technology Center of Excellence


June 2023                Development of Analytical Methods for Measuring delta-9-THC in Cannabis Products

(1 hour course)          webinar from Forensic Technology Center of Excellence


July 2023                What's Trending- NPS discovery series

(1.5 hour course)        webinar from Center for Forensic Science Research and Education


July 2023                Updates on the pharmacology and toxicology of xylazine the in US opioid supply

(1 hour course)          webinar from Center for Forensic Science Research and Education


August 2023              Chemical Storage and Handling

(1 hour course)          webinar from Lab Manager

**Testimony:**     State courts-

Jackson County, Missouri

Clay County, Missouri

Platte County, Missouri

Cass County, Missouri

Ray County, Missouri

Caldwell County, Missouri

Denton County, Texas

Wyandotte County, Kansas

Johnson County, Kansas

Federal Courts-

Kansas City, Missouri

**Testimony from the previous 4 years:**

4/9/2019          Johnson County District Court jury trial   18CL0157/18CR00090

5/6/2019          Johnson County District Court jury trial   18CL1781/18CR01785

5/17/2019         Johnson County District Court preliminary hearing   18CL2314/18CR02344

6/3/2019          Johnson Country District Court jury trial 18CL0939/18CR0919

7/17/2019         Shawnee Municipal Court    18CL3027/CN1802793

7/22/2019         Johnson County District Court jury trial   18CL0765/19CR00057

8/28/2019         Overland Park Municipal Court   18CL1058/CR-2018-0539172

5/3/2021          Olathe Municipal Court  17CL2713/17C045107

4/21/2022         Johnson County District Court bench trial   20CL0808/21CR0615

5/16/2022         Johnson County District Court bench trial    21CL1029/21CR00730

10/24/2022        Johnson County District Court bench trial    22CL2806/22JV00139

11/21/2022        Johnson Country District Court bench trial    21CL2188/2CR01881

11/29/2022        Leawood Municipal Court        22CL2163/2022-MD-155478

1/30/2023         Johnson Country District Court jury trial 21CL3023/21CR02658

8/14/2023         Johnson Country District Court jury trial 22CL0703/21CR02832

# Curriculum Vitae

**Stacy R. Enemark**
**Technical Leader of Latent Prints**

**Employer / Office Address**

Johnson County Sheriff Office
Criminalistics Laboratory
11890 S. Sunset Dr.
Olathe, KS 66061
Phone: (913) 826-3263
Fax: (913) 826-3286
Stacy.Enemark@jocogov.org

**Education**

| | |
|---|---|
| May 2002 | B.S. in Criminal Justice |
| | B.S. in Psychology |
| | Southwest Baptist University, Bolivar, Missouri |

**Professional Experience**

| | |
|---|---|
| May 2021 | Johnson County Technical Leader for Latent Prints |
| | Johnson County Criminalistics Laboratory, Olathe Kansa |
| April 2009 | Certified Latent Print Examiner |
| | Johnson County Crime Laboratory, Mission, Kansas |
| December 2006 | Latent Print Examiner |
| | Johnson County Crime Laboratory, Mission, Kansas |
| January 2006 | Latent Print Examiner |
| | Kansas City Crime Laboratory, Kansas City, Missouri |
| October 2004 | Identification Technician |
| | Kansas City Crime Laboratory, Kansas City, Missouri |
| May 2003 | Latent Print Internship |
| | Stayed on as an intern until October 2004 |
| | Kansas City Crime Laboratory, Kansas City, Missouri |

**Professional Associations**

Member of the International Association for Identification, 2005-Present
Member of the Kansas Division of the International Association for Identification, 2006-Present
    Sergeant of Arms - 2008 to 2009
    Editor - 2009 to 2011
    Awarded the John C. Hazelet Award - 2010
Member of the Missouri Division of the International Association for Identification, 2006-2016
Certified Technical Assessor – ANAB (previously American Society of Crime Lab Directors/Laboratory
Accreditation Board), 2013-Present
A2LA Accreditation Council Member, 2013-Present
Member of the American Congress of Forensic Science Laboratories, 2015-2016

**Specialized Training**

| | |
|---|---|
| November 2004 | AFIS Certification<br>Missouri State Highway Patrol, Jefferson City, Missouri |
| December 2004 | Livescan Certification<br>Missouri State Highway Patrol, Jefferson City, Missouri |
| February 2005 | Corrections Management System – Level 2A<br>5 Missouri P.O.S.T. Continuing Education Credits<br>Kansas City Police Department, Kansas City, Missouri |
| January 2006<br>(80 Hours) | Latent Fingerprint Photography<br>FBI Academy, Quantico, Virginia |
| March 2006<br>(40 Hours) | Advanced Forensic Digital Imaging<br>Midwest Forensic Resources Center / Foray Technologies<br>Ames, Iowa |
| April 2006<br>(120 Hours) | Crime Scene Investigation School<br>Kansas City Crime Lab<br>Riverside, Missouri |
| April 2006<br>(40 Hours) | Fundamentals of Latent Print Examination<br>Ron Smith and Associates<br>Kansas City, Kansas |
| August 2006<br>(24 Hours) | Advanced Palm Print Comparison Techniques<br>Ron Smith and Associates<br>Kansas City, Kansas |
| January 2007<br>(40 Hours) | Complex Latent Print Examinations<br>Ron Smith and Associates<br>Kansas City, Kansas |
| February 2007<br>(40 Hours) | Forensic Ridgeology<br>Ron Smith and Associates<br>Largo, Florida |
| April 2007<br>(8 Hours) | MetaMorpho AFIS Latent Training<br>Sagem Morpho Inc.<br>Topeka, Kansas |
| April 2007<br>(20 Hours) | Kansas Division of the International Association for Identification<br>Main Speaker: Mike Brooks, Photography for the FBI<br>Topeka, Kansas |
| October 2007<br>(12 Hours) | Missouri Division of the International Association for Identification<br>Main Speakers: Kevin Zoellner, Assistant Attorney General, and Jeff Barnes, FBI Forensics Examiner Latent Print Unit<br>Lake of the Ozarks, Missouri |
| February 2008<br>(12 hours) | Bandag Manufacturing and NSP Plant Tour<br>Muscatine, IA and Rock Island, IL |

| | | |
|---|---|---|
| March 2008<br>(16 hours) | Universal Latent Workstation Training Program<br>FBI Criminal Justice Information Services Division<br>Topeka, Kansas | |
| March 2008<br>(8 hours) | Daubert Challenges to Latent Print Testimony<br>University of Central Oklahoma, and FBI<br>Edmond, Oklahoma | |
| April 2008<br>(12 hours) | Kansas Division of the International Association for Identification<br>Main Speakers: John McPhail, Dick Warrington, Dr. Daniel Winter, Lyla Thompson, Jaci Keller, Kelly Woodward, Dr. Mike Finnegan, Zak Carr, Kip Ballinger<br>Salina, Kansas | |
| August 2008<br>(16 hours) | MetaMorpho Training – Maximizing Accuracy<br>Instructor: Luc Bornes<br>Missouri State Highway Patrol<br>Jefferson City, Missouri | |
| August 2008<br>(40 hours) | International Association for Identification<br>Workshops included: Alternative Ways of Developing on Thermal Paper, Distortion of Prints, Examination of Bodies for Fingerprints, Documenting the ACE-V Methodology, and Ridgeflow of the Feet<br>Louisville, Kentucky | |
| October 2008<br>(16 hours) | Fingerprint Expert Witness Testimony Techniques<br>Instructor: Ron Smith<br>Kansas City, Kansas | |
| December 2008<br>(40 hours) | IAI Latent Print Certification Test Preparation Training<br>Instructor: Debbie Benningfield and Charles Richardson<br>Kansas City, Missouri | |
| January 2009<br>(1 hour) | To Hell and Back: The Ethics of Stewardship and the Stewardship of Ethics<br>National Institute of Justice | |
| August 2009<br>(1.5 hours) | Answering the NAS: The Ethics of Leadership and the Leadership of Ethics<br>National Institute of Justice | |
| March 2010<br>(12 hours) | Kansas Division of the International Association for Identification<br>Topics: Bioterrorism, Human Scent Detection, and Processing and Collection of Forensic Evidence<br>Manhattan, Kansas | |
| October 2010<br>(8 hours) | Analysis of Distortion in Latent Prints<br>Instructor: Alice Maceo<br>Kansas City, Missouri (MAFS Annual Meeting) | |
| October 2010<br>(8 hours) | Latent Print Advanced Testimony<br>Instructor: Melissa Gische<br>Kansas City, Missouri (MAFS Annual Meeting) | |
| October 2010 | Midwestern Association of Forensic Scientists Annual Meeting<br>Topics: John Robinson, NAS Report, Latent Print and Crime Scene Topics<br>Kansas City, MO | |
| April 2011 | Examination of Simultaneous Impressions | |

|  |  |
|---|---|
|  | Instructor: John Black<br>Kansas City, Missouri |
| August 2011 | International Association for Identification<br>Workshops included: Examination of Footwear Impression, Enhancement – Getting the Most from Your Latent, and An Overview of Forensic Footwear Impression Evidence<br>Milwaukee, WI |
| August 2012<br>(40 hours) | Essential Ridgeology Concepts<br>Instructor: John Black<br>Kansas City, Missouri |
| October 2012<br>(40 hours) | ASCLD/LAB – International Assessor Training Course<br>Instructor: Anja Einseln<br>Oklahoma City, OK |
| April 2013<br>(24 hours) | Advanced Palm Print Comparison Techniques<br>Instructor: Jamie Bush<br>Olathe, KS |
| June 2013<br>(24 hours) | Advanced Digital Processing of Evidentiary Photograph<br>Instructor: David "Ski" Witzke<br>Overland Park, KS |
| March 2014<br>(36 hours) | Examination and Comparison of Footwear Impression Evidence<br>Instructor: Lesley Hammer<br>Arvada, CO |
| August 2014<br>(40 hours) | International Association for Identification<br>Workshops included: Reducing Erroneous Exclusions, Introduction to Forensic Gait Analysis, Demystifying Error Rates Workshop<br>Minneapolis, MN |
| September 2014<br>(16 Hours) | Cognitive Factors in Making Forensic Comparisons<br>Instructor: Dr. Itiel Dror<br>Olathe, KS |
| October 2014<br>(56 Hours) | Johnson County Leadership Academy<br>Olathe, KS |
| December 2014<br>(32 hours) | Understanding Exclusion and Sufficiency Decisions<br>Instructor: John Black and Glenn Langenburg<br>Olathe, KS |
| August 2016<br>(40 Hours) | International Association for Identification<br>Workshop included: Creases and Third Level Ridge Details, Conclusion Expression and Report writing for Footwear and Tire Track Examiners, Developing Latent Prints on Firearms, Cartridges and Spent Casings<br>Cincinnati, OH |
| September 2016<br>(40 Hours) | Scientific Analysis (ACE-V): From the Laboratory to the Witness Stand<br>Instructor: Michele Triplett<br>Olathe, KS |
| December 2017<br>(32 Hours) | Exclusionology: Standards and Reducing Errors<br>Instructor: Eric Ray |

Topeka, KS

March 2018
(24 Hours)

LEAP Training
Instructors: Multiple
Olathe, KS

April 2018
(40 Hours)

Advanced Digital Processing of Evidentiary Photography
Instructor: David Witzke
Olathe, KS

June 2018
(40 Hours)

Essential Quality Practices for Latent Print Examiners
Instructor: Deborah Smith
Olathe, KS

October 2018
(14 hours)

Grant Writing Workshop
Instructor: Amanda Day
Kansas City, Missouri

May 2019
(6 Hours)

Business Writing for Success
Instructor: Pryor Plus
Overland Park, KS

June 2019
(6 Hours)

Women's Conference
Instructor: Liggins and Dr. Preyear
Overland Park, KS

September 2019
(24 hours)

Practical Answers to Challenging Questions in the Courtroom
Instructors: Glenn Langenburg, Carey Hall, Brendan Max
Golden, CO

December 2020
(8 hours)

Walking the Narrow Road of Excellence
Instructor: Jack Enter
Johnson County Sheriff's Office

May 2021
(3 hours)

Resolving Conflict in Friction Ridge Examinations
Instructor: Glenn Langenburg
Evolve Forensics Webinar

May 2021
(4 hours)

The Trouble with Exclusions
Instructor: Alice White
Evolve Forensics Webinar

June 2021
(4 hours)

Error Rates, Human Factors, and Quality Management Systems
Instructor: Alice White
Evolve Forensics Webinar

July 2021
(4 hours)

Limits of Uniqueness in Friction Ridge Impressions
Instructor: Alice White
Evolve Forensics Webinar

August 2021
(4 hours)

Limits of Persistency in Friction Ridge Skin
Instructor: Alice White
Evolve Forensics Webinar

September 2021
(4 hours)

How to Prepare for a Daubert Hearing
Instructor: Glenn Langenburg
Evolve Forensics Webinar

January 2022          Landmark-Based Morphometrics
(4 hours)             Instructor: Alice White
                      Evolve Forensics Webinar

May 2022              Tonal Transitions: Causes and Visual Effects
(4 hours)             Instructor: Alice White
                      Evolve Forensics Webinar

March 2023            Importance of Expertise in Friction Ridge Examinations
(4 hours)             Instructor: Alice White
                      Evolve Forensics Webinar

March 2023            Advanced Fingerprint Distortion
(4 hours)             Instructor: Alice White
                      Evolve Forensics Webinar

April 2023            Implementing the Expanded OSAC Conclusion Scale
(4 hours)             Instructor: Glenn Langenburg
                      Elite Forensic Services

**Publications**

"People v. Fingerprints", *CSI Forensic Forum,* April –June 2005, ISSN 1541-0536

**Teaching Opportunities**

August 2007:         Project Outreach – Teaching Mission Police Officer
                     Partnered with Tamara Holland
                     Crime Scene instruction and fingerprinting techniques

October 2007:        Project Outreach – Teaching Merriam Police Officers and Detectives
                     Partnered with Tamara Holland
                     Crime Scene instruction, DNA collection, and fingerprint techniques

February 2008:       Crime Scene Investigations 1 – Johnson County Community College
                     Taught with John Dietrich
                     Basic instruction on fingerprint techniques (3 Hours)

# Stacy R. Enemark

**Court Room Experience**

- Johnson County District Court (testified 18 times)
    - 2009 – testified 1/12/2009
    - 2010 – testified 03/08/10, 3/25/10, 06/10/10
    - 2011 – testified 04/07/11, 5/10/11
    - 2012 – testified 10/30/12
    - 2013 – testified 01/29/13, 11/04/13
    - 2014 – testified 02/18/14
    - 2015 – testified 06/24/15
    - 2017 – testified 05/16/17, 11/01/17, 12/13/17
    - 2019 – testified 01/13,19 (Michael Smith 17CR00314) 1/28/19 (Dariaus Williams, 18CR2232),
    - 2022 – testified 2/25/22 (Michael Balance 21CR01333), 4/26/22 (Devonte Wash, 18CR01128)
- Franklin County, Kansas (testified 2 times)
    - 2014 – testified 03/11/14
    - 2016 – testified 03/17/16
- Kansas City, Missouri
    - 2015 – testified 11/17/15