IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 21-20055-DDC |
| | ) |
| MAURICE JONES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America by and through the undersigned, Assistant United States Attorneys Kim Flannigan and Audrey McComick, submit the following attached list of exhibits for the government's case in chief in the above referenced matter.

Respectfully submitted,

Kate E. Brubacher
United States Attorney

*s/ Kim I. Flannigan*
KIM I. FLANNIGAN, #13407
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS  66101
Tele:   913-551-6730
Fax:    913-551-6541
Kim.Flannigan@usdoj.gov


*s/Audrey McCormick*
AUDREY MCCORMICK, #24847
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS 6617
Tele: (913) 551-6730

Fax: (913) 551-6541
Audrey.McCormick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

s/ Kim Flannigan
KIM FLANNIGAN
Assistant United States Attorney

**EXHIBIT SHEET**

Case No:  21-20055-DDC                    Government Exhibits

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 1 | Car Stop Video – During Stop | | | | |
| 1-1 | Still Photo from Stop Video @ 12:11 | | | | |
| 2 | Car Stop Video – After Stop | | | | |
| 3 | Car Stop Video – Search of Vehicle | | | | |
| 4 | Processing Video | | | | |
| 4-1 | Screen shot of Processing Video | | | | |
| 4-2 | Screen shot of Processing Video @ 4:20 | | | | |
| 4-3 | Video Clip of Processing Video @ 7:00 – Weighing Drugs | | | | |
| 4-4 | Video Clip of Processing Video @ 9:50 Gun Reference | | | | |
| 4-5 | Video Clip of Processing Video @ 11:15 Reason for Stop | | | | |
| 4-6 | Video Clip of Processing Video @ 12:45 Drugs Tested | | | | |
| 5 | Photo of Backpack and Patron Box in Back Seat of Vehicle JONES_003477 | | | | |

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 6 | Photo of Front Passenger Seat JONES_003478 | | | | |
| 7 | Photo of Car JONES_003494 | | | | |
| 8 | Photo of Car Drivers Side JONES_003492 | | | | |
| 9 | Photo License Plate JONES_003490 | | | | |
| 10 | Photo of Marijuana Shake found in car JONES_003484 | | | | |
| 11 | Photo of Gun found in car JONES_003485 | | | | |
| 12 | Photo of Gun with magazine JONES_003486 | | | | |
| 13 | Photo of magazine found in backpack JONES_003487 | | | | |
| 14 | Photo of Sandwich baggies found in backpack JONES_003488 | | | | |
| 15 | Photo of cocaine found in backpack JONES_003489 | | | | |
| 16 | Photo of items found in backpack JONES_003495 | | | | |
| 17 | INTENTIONALLY BLANK | | | | |
| 18 | Photo Closeup of magazaine found in backpack JONES_003497 | | | | |

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 19 | Photo Loaded Magazine JONES_003498 | | | | |
| 20 | Photo of Cocaine JONES_003499 | | | | |
| 21 | Photo of 2 baggies of Cocaine JONES_003500 | | | | |
| 22 | Photo of residue found on scale JONES_003503 | | | | |
| 23 | Photo of Scale Cover JONES_003504 | | | | |
| 24 | Certified Copy of Probation Records | | | | |
| 25 | Photo of test kit and weight of baggie of cocaine JONES_003513 | | | | |
| 26 | Photo of test kit and weight of 2nd baggie of cocaine JONES_003514 | | | | |
| 27 | Jackson County GuiltyPlea/Judgement JONES_003941 | | | | |
| 28 | Jackson County GuiltyPlea/Judgement JONES_003944 | | | | |
| 29 | Report of Investigation Firearms Interstate NEXUS Report JONES_003616 | | | | |
| 30 | Ammunition NEXUS JONES_003949 | | | | |
| 31 | Aerial Photo of Stop Location JONES_003593 | | | | |

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 32 | Photo Showing Parking Spot JONES_003594 | | | | |
| 33 | Photo of Parking Lot JONES_003595 | | | | |
| 34 | Photo of Parking Lot JONES_003596 | | | | |
| 35 | Photo of Parking Lot JONES_003597 | | | | |
| 36 | Photo of Parking Lot JONES_003598 | | | | |
| 37 | Photo of Parking Lot JONES_003599 | | | | |
| 38 | Photo of Parking Lot JONES_003600 | | | | |
| 39 | Photo of Parking Lot JONES_003601 | | | | |
| 40 | Photo of Parking Lot JONES_003602 | | | | |
| 41 | Photo of Parking Lot JONES_003603 | | | | |
| 42 | Photo of Parking Lot JONES_003604 | | | | |
| 43 | Photo of Parking Lot JONES_003605 | | | | |
| 44 | Photo of Parking Lot JONES_003606 | | | | |

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 45 | Photo of Parking Lot JONES_003607 | | | | |
| 46 | Photo of Parking Lot JONES_003608 | | | | |
| 47 | Photo of Parking Lot JONES_003609 | | | | |
| 48 | Photo of Parking Lot JONES_003610 | | | | |
| 49 | Photo of Parking Lot JONES_003611 | | | | |
| 50 | Aerial Photos of apartment complex – Overall and Final Stopping Location JONES_003612 | | | | |
| 51 | Aerial Photos of apartment complex - JONES_003613 | | | | |
| 52 | Aerial Photos of apartment complex JONES_003614 | | | | |
| 53 | Aerial Photos of apartment complex JONES_003615 | | | | |
| 54 | Firearm | | | | |
| 55 | Ammunition | | | | |
| 56 | Scale | | | | |
| 57 | Backpack | | | | |

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 58 | Drugs | | | | |
| 59 | Baggies | | | | |
| 60 | DNA Large Number Table | | | | |
| 61 | Firearm Cutaway | | | | |
| 62 | | | | | |
| 63 | | | | | |
| 64 | | | | | |
| 65 | | | | | |
| 66 | | | | | |
| 67 | | | | | |
| 68 | | | | | |
| 69 | | | | | |
| 70 | | | | | |