

# U.S. Department of Justice

## Kate E. Brubacher
United States Attorney
District of Kansas

| | |
|---|---|
| Kansas City Office | Wichita Office |
| 500 State Avenue | 1200 Epic Center |
| Suite 360 | 301 N. Main |
| Kansas City, Kansas 66101-2433 | Wichita, Kansas 67202-4812 |
| | |
| TEL:  (913) 551-6730 | Topeka Office |
| FAX:  (913) 551-6541 | 444 SE Quincy |
| | Suite 290 |
| | Topeka, Kansas 66683-3592 |

October 17, 2023

**Tim Burdick**
Assistant Federal Defender
District of Kansas
500 State Ave.
Kansas City, KS 66101

**Re: US v. Maurice Jones, 21-CR-20055; Supplement for Stacy Enemark**

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States hereby discloses to the defendant information regarding expert witnesses whom the United States intends to call during its case-in-chief.  The United States reserves the right to further supplement this notice.

Pursuant to Federal Rule of Criminal Procedure16(b)(1)(A), (B) and (C), the government requests that reciprocal discovery be provided by the defense.

If you have any questions about the information provided in this notice, please contact us.

Respectfully Submitted,

KATE E. BRUBACHER
United States Attorney

By:    */s/ Kim I. Flannigan*
       */s/ Audrey E. McCormick*

Kim I. Flannigan
Audrey E. McCormick
Assistant United States Attorneys

Page 6

**Stacy Enemark**

Stacy Enemark is a Forensic Scientist with the Johnson County Sheriff's Office's Criminalistics Laboratory. Ms. Enemark will testify generally about fingerprint transfer and fingerprint analysis and, specifically, regarding her examination of the handgun (item 2) and magazines (item 3) seized from defendant on November 27, 2017. Ms. Enemark will testify that at the time of the examination in the present case, she supervised the work Kristin Stowe's did in this case and observed Ms. Stowe swab items 2 and 3 for further examination by the DNA section of the lab (see also Laboratory Report #4 disclosed 2/16/22 and again on 9/26/23, Bates Number 3674, and Memorandums disclosed 10/16/23, Bates Number 3985-3991). Ms. Enemark will also testify that there were no latent prints of value for comparison found on the handgun and no latent prints of value for comparison on the magazines (see also, Laboratory Report #2 disclosed 2/16/22 and again on 9/26/23 with notes, Bates Number 3652-3661, authored by Stacy Enemark, and Laboratory Report #6 disclosed on 10/16/23, Bates Number 3954-3960, also authored by Stacy Enemark). Finally, Ms. Enemark will testify about the Johnson County Criminalistics Laboratory's accreditation.

Ms. Enemark will testify that her opinions and conclusions are based on her personal examination of the aforementioned items as well as her training, education, experience, and expertise as a forensic scientist. Ms. Enemark's education, experience, memberships, publications, and experience testifying as an expert are outlined in her CV and addendum, which are attached to this notice.

Stacy Enemark