CLOSED,APPEAL,ETT−3D

# U.S. District Court
# DISTRICT OF KANSAS (Kansas City)
# CRIMINAL DOCKET FOR CASE #: <u>2:21−cr−20055−DDC</u>−1

Case title: USA v. Jones

Date Filed: 09/22/2021

Date Terminated: 01/31/2024

Assigned to: District Judge Daniel D. Crabtree

## <u>Defendant (1)</u>

| | | |
|---|---|---|
| **Maurice T. Jones** | represented by | **Timothy H. Burdick** |
| *84067−509* | | Office of Federal Public Defender − KCKS |
| ***TERMINATED: 01/31/2024*** | | 500 State Avenue, Suite 201 |
| *also known as* | | Kansas City, KS 66101−2400 |
| Christopher T. Spriggs | | 913−551−6712 |
| *TERMINATED: 01/31/2024* | | Fax: 913−551−6562 |
| *also known as* | | Alternative Phone: |
| Jonathan T. Farr | | Cell Phone: |
| *TERMINATED: 01/31/2024* | | Email: <u>tim_burdick@fd.org</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community Defender Appointment* |
| | | *Bar Number: 78152* |
| | | *Bar Status: Active* |

**David M. Magariel**
Office of Federal Public Defender − KCKS
500 State Avenue, Suite 201
Kansas City, KS 66101−2400
913−825−6922
Alternative Phone:
Cell Phone:
Email: <u>david_magariel@fd.org</u>
 *TERMINATED: 02/03/2022*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 21748*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(2) − Felon in possession of a firearm and ammunition (SEALED INDICTMENT 9/22/2021) | Judgment filed 1/31/2024 − Sentenced to 63 months imprisonment, 2 years supervised release and $100 assessment. |

(3)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1)(C) – Possession with intent to distribute cocaine and 18:2 Aiding and abetting (SEALED INDICTMENT 9/22/2021) (1) | Acquitted |
| 18:924(c)(1)(A) – Use, carry and possess a firearm in furtherance of a drug trafficking crime and 18:2 Aiding and abetting (SEALED INDICTMENT 9/22/2021) (2) | Acquitted |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Movant**

| Lenexa, Kansas, City of | represented by | **MacKenzie C. Harvison** |
|---|---|---|
| | | City of Lenexa, Kansas – Legal Department |
| | | 17101 West 87th Street Parkway |
| | | Lenexa, KS 66219 |
| | | 913–477–7628 |
| | | Alternative Phone: |
| | | Cell Phone: |
| | | Email: mharvison@lenexa.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Number: 21977* |
| | | *Bar Status: Active* |

**Movant**

| Kansas City Police Department | represented by | **Taylor Brooke Concannon Hausmann** |
|---|---|---|
| | | Husch Blackwell LLP – 4801 Main |

4801 Main Street, Suite 1000
Kansas City, MO 64112
816–983–8000
Fax: 816–983–8080
Alternative Phone:
Cell Phone:
Email:
taylor.hausmann@huschblackwell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 26668*
*Bar Status: Active*

**Plaintiff**

**USA**                                             represented by   **Audrey E. McCormick**
DOJ–USAO
500 State Avenue, Suite 360
Kansas City, KS 66101
913–551–6617
Alternative Phone:
Cell Phone:
Email: audrey.mccormick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 24847*
*Bar Status: Active*

**Kim I. Flannigan**
Office of United States Attorney – KCKS
500 State Avenue, Suite 360
Kansas City, KS 66101
913–551–6730
Fax: 913–551–6541
Alternative Phone:
Cell Phone:
Email: Kim.Flannigan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 13407*
*Bar Status: Active*

**Scott L. Anderson**
301 N. Main
1200 Epic Center
Wichita, KS 67202
316–269–6591
Alternative Phone:

Cell Phone:
Email: scott.anderson2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 26095*
*Bar Status: Active*

**Sheri Catania**
Office of United States Attorney – KCKS
500 State Avenue, Suite 360
Kansas City, KS 66101
913–551–6670
Fax: 913–551–6541
Alternative Phone:
Cell Phone:
Email: sheri.catania@usdoj.gov
***TERMINATED: 01/12/2023***
*Designation: Retained*
*Bar Number: 17097*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2021 | 1 | SEALED INDICTMENT as to Maurice T. Jones (1) – counts 1–3. (kas) Modified on 2/2/2022 to unseal upon arrest. (ca) (Entered: 09/23/2021) |
| 02/02/2022 | | ARREST of Maurice T. Jones. (ca) (Entered: 02/02/2022) |
| 02/02/2022 | | ORDER as to Maurice T. Jones – Pursuant to the Due Process Protections Act, the government is reminded of its obligations pursuant to Brady v. Maryland and its progeny to disclose material that is favorable to the defendant and material to defendants guilt or punishment. The failure to do so in a timely manner may include dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. Signed by Magistrate Judge James P. O'Hara on 2/2/22. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 02/02/2022) |
| 02/02/2022 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: RULE 5/INITIAL APPEARANCE and ARRAIGNMENT as to Maurice T. Jones held on 2/2/2022. Attorney David M. Magariel (FPD) appointed for defendant. Detention Hearing set for 2/4/2022 at 11:00 AM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. Status Conference set for 3/1/2022 at 09:00 AM in KC Courtroom 463 (HLT) before District Judge Holly L. Teeter. Temporary detention ordered. (All parties appeared via Zoom.) (ca) (Entered: 02/02/2022) |
| 02/02/2022 | 3 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED as to Maurice T. Jones. Status Conference set for 3/1/2022 at 09:00 AM in KC Courtroom 463 (HLT) before District Judge Holly L. Teeter. Signed by Magistrate Judge James P. O'Hara on 2/2/2022. (ca) (Entered: 02/02/2022) |
| 02/03/2022 | 4 | |

| | | |
|---|---|---|
| | | WITHDRAWAL OF COUNSEL by David Magariel and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL. (Burdick, Timothy) (Entered: 02/03/2022) |
| 02/04/2022 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: DETENTION HEARING as to Maurice T. Jones held on 2/4/2022. Status Conference set for 3/1/2022 at 09:00 AM in KC Courtroom 463 (HLT) before District Judge Holly L. Teeter. Defendant remanded to custody and Detention Ordered. (Court Reporter Dani Murray) (ca) (Entered: 02/04/2022) |
| 02/04/2022 | 6 | ORDER OF DETENTION as to Maurice T. Jones. Signed by Magistrate Judge James P. O'Hara on 2/4/2022. (ca) (Entered: 02/04/2022) |
| 02/16/2022 | 7 | NOTICE of Dissemination of Discovery, Round 1 by USA as to Maurice T. Jones. (Catania, Sheri) (Entered: 02/16/2022) |
| 02/25/2022 | 8 | UNOPPOSED MOTION to Continue Status Conference by Maurice T. Jones. (Burdick, Timothy) (Entered: 02/25/2022) |
| 02/25/2022 | 9 | ORDER granting 8 Motion to Continue Status Conference. Defendant moves for an approximate 60–day continuance of the March 1, 2022 status conference. Counsel explains that he has not been able to confidentially review discovery with Defendant because his facility has limited availability for in–person visits and lacks capacity for electronic review by clients. Counsel thus explains that additional time is needed to review discovery with Defendant and discuss the case. Defendant (who is in custody) has been informed of the statutory right to a speedy trial, joins in this request, and does not object to the tolling of speedy trial time during the requested period. The government does not oppose the continuance. The Court is also mindful of the current health situation. For all these reasons, the Court finds under the ends–of–justice provision of the Speedy Trial Act that the ends of justice served by allowing Defendant and counsel time to accomplish the above tasks and protecting the public health and safety outweigh the best interests of the public and Defendant in a trial beginning by the current speedy trial deadline. The Court continues the status conference to **May 17, 2022 at 9:00 a.m.** in Kansas City Courtroom 463 before District Judge Holly L. Teeter and excludes the period of time between today and May 17, 2022 as excludable time under the Speedy Trial Act. Signed by District Judge Holly L. Teeter on 02/25/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ses) (Entered: 02/25/2022) |
| 05/11/2022 | 12 | UNOPPOSED MOTION to Continue Status Conference by Maurice T. Jones. (Burdick, Timothy) (Entered: 05/11/2022) |
| 05/12/2022 | 15 | ORDER granting 12 Motion to Continue Status Conference. Defendant moves for an approximate 30–day continuance of the May 17, 2022 status conference. Counsel explains that Defendant recently transferred to Chase County. Given the distance to the new facility, counsel and Defendant would like to set up electronic review of discovery. Additionally, based on counsel and Defendant's initial review of discovery, further investigation is needed to determine in what manner to proceed with the case. Defendant (who is in custody) has been informed of the statutory right to a speedy trial, joins in this request, and does not object to the tolling of speedy trial time during the requested period. The government does not oppose this request. The Court is also mindful of the current health situation. For all these reasons, the Court finds under the ends–of–justice provision of the Speedy Trial Act that the ends of justice served by allowing Defendant and counsel time to accomplish the above tasks |

| | | |
|---|---|---|
| | | and protecting the public health and safety outweigh the best interests of the public and Defendant in a trial beginning by the current speedy trial deadline. The Court continues the status conference to **June 21, 2022 at 9:00 a.m.** in Kansas City Courtroom 463 before District Judge Holly L. Teeter and excludes the period of time between today and June 21, 2022 as excludable time under the Speedy Trial Act. Signed by District Judge Holly L. Teeter on 5/12/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (md) (Entered: 05/12/2022) |
| 06/15/2022 | 20 | UNOPPOSED MOTION to Continue Status Conference by Maurice T. Jones. (Burdick, Timothy) (Entered: 06/15/2022) |
| 06/15/2022 | 21 | ORDER granting 20 Motion to Continue Status Conference . Defendant moves for an approximate 60−day continuance of the June 21, 2022 status conference. Counsel needs additional time to continue to review discovery with Defendant and complete factual investigation to determine whether pretrial motions are needed. Defendant (who is in custody) has been informed of the statutory right to a speedy trial, joins in this request, and does not object to the tolling of speedy trial time during the requested period. The government does not oppose this request. The Court is also mindful of the current health situation. For all these reasons, the Court finds under the ends−of−justice provision of the Speedy Trial Act that the ends of justice served by allowing Defendant and counsel time to accomplish the above tasks and protecting the public health and safety outweigh the best interests of the public and Defendant in a trial beginning by the current speedy trial deadline. The Court continues the status conference to **August 16, 2022 at 9:00 a.m.** in Kansas City Courtroom 463 before District Judge Holly L. Teeter and excludes the period of time between today and August 16, 2022 as excludable time under the Speedy Trial Act. Signed by District Judge Holly L. Teeter on 6/15/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (md) (Entered: 06/15/2022) |
| 07/01/2022 | 22 | MOTION to Partially Quash Subpoena to Produce Documents, Information, or Objects in a Criminal Case by Lenexa, Kansas, City of as to Maurice T. Jones. (Attachments: # 1 Ex. A) (Harvison, MacKenzie) Modified on 7/2/2022 to re−title. (mam) (Entered: 07/01/2022) |
| 07/11/2022 | 23 | RESPONSE TO MOTION by Maurice T. Jones re 22 Motion to Partially Quash Subpoena. (Burdick, Timothy) (Entered: 07/11/2022) |
| 08/10/2022 | 24 | UNOPPOSED MOTION to Continue Status Conference by Maurice T. Jones. (Burdick, Timothy) (Entered: 08/10/2022) |
| 08/10/2022 | 25 | ORDER granting 24 Motion to Continue Status Conference. Defendant moves for an approximate 60−day continuance of the August 16, 2022 status conference. Counsel notes that Defendant is conducting investigation through various means including the use of subpoenas under FRCP 17. This process has slowed as legal issues have developed. Additional time is needed as the legal issues need to be resolved and investigation completed before pretrial motions can be filed. Defendant (who is in custody) has been informed of the statutory right to a speedy trial, joins in this request, and does not object to the tolling of speedy trial time during the requested period. The government does not object to this request. The Court is also mindful of the current health situation. For all these reasons, the Court finds under the ends−of−justice provision of the Speedy Trial Act that the ends of justice served by allowing Defendant and counsel time to accomplish the above tasks and protecting the public health and safety outweigh the best interests of the public and Defendant in |

| | | |
|---|---|---|
| | | a trial beginning by the current speedy trial deadline. The Court continues the status conference to **October 25, 2022 at 9:15 a.m.** in Kansas City Courtroom 463 before District Judge Holly L. Teeter and excludes the period of time between today and October 25, 2022 as excludable time under the Speedy Trial Act. But the Court may likely require an in−person hearing if another continuance is requested. Signed by District Judge Holly L. Teeter on 8/10/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (md) Modified on 10/20/2022. (md) (Entered: 08/10/2022) |
| 08/12/2022 | 26 | MEMORANDUM AND ORDER re 22 Motion to Partially Quash Subpoena as to Maurice T. Jones. Signed by Magistrate Judge Angel D. Mitchell on 8/12/2022. (heo) Modified on 2/1/2024, unsealed per 47 . (mam) (Entered: 08/12/2022) |
| 09/15/2022 | 28 | PRO SE MOTION to Suppress by defendant Maurice T. Jones. (msb) (Entered: 09/15/2022) |
| 09/15/2022 | 29 | ORDER denying without prejudice 28 Pro Se Motion to Suppress. Defendant is currently represented by counsel. It would be improper for the Court to consider any submission by Defendant that has not been processed through his attorney. Therefore, the Court denies the motion without prejudice. Signed by District Judge Holly L. Teeter on 9/15/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (md) (Entered: 09/15/2022) |
| 09/30/2022 | 31 | MEMORANDUM AND ORDER denying 30 Ex Parte Motion for Production Pursuant to Rule 17 as to Maurice T. Jones (1). Signed by Magistrate Judge Angel D. Mitchell on 9/30/2022. (ca) Modified on 2/1/2024, unsealed per 32. (mam) (Entered: 09/30/2022) |
| 10/13/2022 | 32 | ORDER TO UNSEAL DOCUMENT. The October 10, 2022 deadline for Defendant Jones to file a motion to maintain the document under seal has now past. Therefore, the court unseals 31 Memorandum and Order denying 30 Ex Parte Motion for Production Pursuant to Rule 17 as to Maurice T. Jones (1). Signed by Magistrate Judge Angel D. Mitchell on 10/13/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ht) (Entered: 10/13/2022) |
| 10/25/2022 | 33 | MINUTE ENTRY for proceedings held before District Judge Holly L. Teeter: STATUS CONFERENCE as to Maurice T. Jones held on 10/25/2022. Motions are due by 11/28/2022. Response deadline is 12/12/2022. Reply deadline is 12/19/2022. Motion Hearing is set for **1/12/2023 at 09:00 AM** in KC Courtroom 463 (HLT) before District Judge Holly L. Teeter. Status Conference is set for **2/21/2023 at 09:00 AM** in KC Courtroom 463 (HLT) before District Judge Holly L. Teeter. Excludable started as to Maurice T. Jones: Time excluded from 10/25/2022 until 2/21/2023. Defendant remains in custody. (Court Reporter Dani Murray) (md) (Entered: 10/25/2022) |
| 11/28/2022 | 34 | MOTION to Suppress by Maurice T. Jones. (Burdick, Timothy) (Entered: 11/28/2022) |
| 11/28/2022 | 35 | MOTION to Dismiss by Maurice T. Jones. (Burdick, Timothy) (Entered: 11/28/2022) |
| 11/28/2022 | 36 | MOTION for Additional Discovery by Maurice T. Jones. (Attachments: # 1 Attachment A, # 2 Attachment B)(Burdick, Timothy) (Entered: 11/28/2022) |
| 11/29/2022 | 37 | ORDER and NOTICE OF HEARING as to Maurice T. Jones. Per email with the parties, Status Conference is set for **12/6/2022 at 12:30 PM** in KC Courtroom 463 |

| | | |
|---|---|---|
| | | (HLT) before District Judge Holly L. Teeter. Signed by District Judge Holly L. Teeter on 11/29/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (md) (Entered: 11/29/2022) |
| 12/02/2022 | 38 | ORDER and NOTICE OF CORRESPONDENCE as to Maurice T. Jones. Signed by District Judge Holly L. Teeter on 12/2/2022. (md) (Entered: 12/02/2022) |
| 12/06/2022 | 39 | ENTRY OF APPEARANCE by attorney Taylor Brooke Concannon Hausmann on behalf of Kansas City Police Department. (jsh) (Entered: 12/06/2022) |
| 12/06/2022 | 40 | MOTION to Partially Quash Defendant's Subpoena to Produce Documents, Information, or Objects in a Criminal Case by Kansas City Police Department as to Maurice T. Jones. (Attachments: # 1 Exhibit A) (Concannon Hausmann, Taylor) (Entered: 12/06/2022) |
| 12/06/2022 | 41 | MINUTE ENTRY for proceedings held before District Judge Holly L. Teeter: STATUS CONFERENCE as to Maurice T. Jones held on 12/6/2022. Response deadline is reset for 12/19/2022. Reply deadline is reset for 12/28/2022. Motion hearing remains as set. Defendant remains in custody. (Court Reporter Kelli Stewart) (md) (Entered: 12/06/2022) |
| 12/06/2022 | 42 | ORDER regarding 40 Motion to Quash The Kansas City, Missouri Police Department's Motion to Partially Quash Defendant's Subpoena to Produce Documents, Information, or Objects in a Criminal Case by Kansas City Police Department as to Maurice T. Jones (1). The Defendant must file his response by December 13, 2022. Signed by Magistrate Judge Angel D. Mitchell on 12/6/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ht) (Entered: 12/06/2022) |
| 12/06/2022 | 43 | ORDER REASSIGNING CASE: Case reassigned to District Judge Daniel D. Crabtree as to Maurice T. Jones for all further proceedings. District Judge Holly L. Teeter no longer assigned to case. Signed by District Judge Holly L. Teeter on 12/6/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (md) (Entered: 12/06/2022) |
| 12/13/2022 | 44 | RESPONSE TO MOTION by Maurice T. Jones re 40 Motion to Partially Quash Subpoena. (Burdick, Timothy) (Entered: 12/13/2022) |
| 12/19/2022 | 45 | RESPONSE TO MOTION by USA as to Maurice T. Jones re 34 Motion to Suppress. (Catania, Sheri) (Entered: 12/19/2022) |
| 12/19/2022 | 46 | RESPONSE TO MOTION by USA as to Maurice T. Jones re 36 Motion for Additional Discovery. (Catania, Sheri) (Entered: 12/19/2022) |
| 12/22/2022 | 47 | ORDER granting 40 Motion to Partially Quash Subpoena as to Maurice T. Jones. The Clerk is directed to unseal the court's Memorandum and Order dated August 12, 2022 (ECF 26 ) for essentially the same reasons the court ordered ECF 31 to be unsealed. Signed by Magistrate Judge Angel D. Mitchell on December 22, 2022. (mls) (Entered: 12/22/2022) |
| 12/28/2022 | 48 | REPLY TO RESPONSE TO MOTION by Maurice T. Jones re 36 Motion for Additional Discovery. (Burdick, Timothy) (Entered: 12/28/2022) |
| 12/28/2022 | 49 | REPLY TO RESPONSE TO MOTION by Maurice T. Jones re 34 Motion to Suppress. (Attachments: # 1 Attachment A) (Burdick, Timothy) (Entered: 12/28/2022) |

| | | |
|---|---|---|
| 12/30/2022 | 50 | NOTICE OF HEARING [NEW DATE AND TIME] as to Defendant Maurice T. Jones. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing RESET for 1/10/2023 at 01:30 PM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 12/30/2022) |
| 01/06/2023 | 54 | ENTRY OF APPEARANCE on behalf of USA by Kim I. Flannigan. (Flannigan, Kim) (Entered: 01/06/2023) |
| 01/09/2023 | 55 | NOTICE of Dissemination of Discovery, Round 2 by USA as to Maurice T. Jones. (Catania, Sheri) (Entered: 01/09/2023) |
| 01/09/2023 | 56 | ORDER. On the government's informal motion with the defendant's consent, the court continues the Motion Hearing as to Maurice T. Jones set for January 10, 2023, to a date to be determined. Signed by District Judge Daniel D. Crabtree on 01/09/2023. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 01/09/2023) |
| 01/10/2023 | 57 | EXHIBIT LIST by USA as to Maurice T. Jones. (Catania, Sheri) (Entered: 01/10/2023) |
| 01/10/2023 | 58 | NOTICE OF HEARING [NEW DATE/TIME] as to Defendant Maurice T. Jones. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing RESET for 2/15/2023 at 08:30 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 01/10/2023) |
| 01/12/2023 | 59 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Sheri Catania as to USA. (Catania, Sheri) (Entered: 01/12/2023) |
| 02/13/2023 | 62 | AMENDED EXHIBIT LIST re 57 Exhibit List by USA as to Maurice T. Jones. (Flannigan, Kim) Modified on 2/14/2023. (sz) (Entered: 02/13/2023) |
| 02/15/2023 | 63 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Maurice T. Jones held on 2/15/2023 regarding 34 Motion to Suppress and 36 Motion for Additional Discovery. The Status Conference set for 2/21/2023 is cancelled. Defendant remanded to custody. (Court Reporter Kim Greiner) (Attachments: # 1 Witness Sheet, # 2 Government's Exhibit List, # 3 Defendant's Exhibit List) (mig) (Attachment 2 replaced on 2/16/2023 per DDC's Chambers) (sz). (Entered: 02/16/2023) |
| 02/16/2023 | 64 | DOCKET ANNOTATION as to as to Maurice T. Jones: Exhibit 63−2 replaced to reflect all government's exhibits admitted during the 63 motion hearing re 34 Motion to Suppress and 36 Motion for Additional Discovery. (sz) (Entered: 02/16/2023) |
| 02/21/2023 | 65 | PARTIAL TRANSCRIPT of Motion Hearing (Testimony of Matthew Deloux and Charles R. Epp, Ph.D.) held February 15, 2023 as to Maurice T. Jones before Judge Daniel D. Crabtree, Court Reporter Kim Greiner, 913−735−2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by Kim Flannigan.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to** |

| | | |
|---|---|---|
| | | **Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/22/2023. (kg) (Entered: 02/21/2023) |
| 02/22/2023 | 66 | POST–HEARING BRIEF to the Evidentiary Hearing by Maurice T. Jones. (Burdick, Timothy) (Entered: 02/22/2023) |
| 03/01/2023 | 67 | RESPONSE re 66 Post–Hearing Brief by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 03/01/2023) |
| 03/31/2023 | 68 | MEMORANDUM AND ORDER denying 34 Motion to Suppress; denying 36 Motion for Additional Discovery as to Maurice T. Jones (1). Signed by District Judge Daniel D. Crabtree on 3/31/2023. (kas) (Entered: 03/31/2023) |
| 03/31/2023 | 69 | NOTICE OF HEARING as to Defendant Maurice T. Jones.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 4/13/2023 at 01:30 PM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 03/31/2023) |
| 04/12/2023 | 70 | MOTION to File Pretrial Motion Out of Time by Maurice T. Jones. (Burdick, Timothy) (Entered: 04/12/2023) |
| 04/13/2023 | 71 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Maurice T. Jones held on 4/13/2023. The court grants 70 Motion for Leave to File Pretrial Motion Out of Time as set forth in full on the record. Defendant's motion due 4/14/2023. Government's response due 4/28/2023. Defendant remanded to custody. (Court Reporter Kim Greiner) (mig) (Entered: 04/13/2023) |
| 04/14/2023 | 72 | SECOND MOTION to Suppress by Maurice T. Jones. (Burdick, Timothy) (Entered: 04/14/2023) |
| 04/27/2023 | 73 | RESPONSE TO MOTION by USA as to Maurice T. Jones re 72 Second Motion to Suppress. (Flannigan, Kim) (Entered: 04/27/2023) |
| 05/01/2023 | 74 | ORDER as to Maurice T. Jones – Status Conference set for 5/11/2023 at 09:00 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. The court will cancel this conference if the parties jointly report that they've reached a stipulation governing all pertinent fact issues. Signed by District Judge Daniel D. Crabtree on 5/1/2023. (kas) (Entered: 05/01/2023) |
| 05/09/2023 | 75 | PARTIAL TRANSCRIPT of Motion Hearing, Testimony of Cherise Farr, held February 15, 2023 as to Maurice T. Jones before Judge Daniel D. Crabtree, Court Reporter Kim Greiner, 913–735–2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by Timothy Burdick.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at** |

| | | |
|---|---|---|
| | | **www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 8/7/2023. (kg) (Entered: 05/09/2023) |
| 05/10/2023 | 76 | NOTICE OF HEARING ON MOTION as to Maurice T. Jones.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING re 72 Second Motion to Suppress: (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 6/30/2023 at 09:00 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 05/10/2023) |
| 05/10/2023 | 77 | NOTICE OF CANCELLED HEARING: Status Conference as to Defendant Maurice T. Jones set for 5/11/2023 is cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 05/10/2023) |
| 05/16/2023 | 78 | MOTION for Production of Witness Fed. R. Crim. P. 17(b) by Maurice T. Jones. (Burdick, Timothy) (Entered: 05/16/2023) |
| 05/17/2023 | 79 | ORDER granting 78 Motion for Production of Witness Fed. R. Crim. P. 17(b) as to Maurice T. Jones (1). Signed by District Judge Daniel D. Crabtree on 5/16/2023. (ca) (Entered: 05/17/2023) |
| 06/30/2023 | 80 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING as to Maurice T. Jones held on 6/30/2023 regarding 72 Second Motion to Suppress. Defendant remanded to custody. (Court Reporter Kim Greiner) (Attachments: # 1 Witness Sheet, # 2 Government's Exhibit List) (mig) (Entered: 07/06/2023) |
| 07/06/2023 | 81 | SUPPLEMENTAL Briefing Related to Standing and Use of the Bond Report by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 07/06/2023) |
| 07/31/2023 | 82 | MEMORANDUM AND ORDER denying 72 Second Motion to Suppress as to Maurice T. Jones (1). Signed by District Judge Daniel D. Crabtree on 7/31/2023. (mam) (Entered: 07/31/2023) |
| 07/31/2023 | 83 | NOTICE OF HEARING as to Defendant Maurice T. Jones.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 8/9/2023 at 09:00 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 07/31/2023) |
| 08/04/2023 | 84 | ORDER. On defendant's informal request by email, the Status Conference as to Maurice T. Jones set for 8/9/2023 is CONTINUED to 8/14/2023 at 01:00 PM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on 08/04/2023. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 08/04/2023) |
| 08/14/2023 | 85 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: STATUS CONFERENCE as to Maurice T. Jones held on 8/14/2023. In Limine Conference set for 10/18/2023 at 01:30 PM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. Jury Trial set for 10/23/2023 at 09:00 AM in KC |

| | | |
|---|---|---|
| | | Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. Designated time, 8/14/2023 until 10/23/2023, excludable as to Maurice T. Jones. Defendant remanded to custody. (Court Reporter Kim Greiner) (mig) (Entered: 08/14/2023) |
| 08/23/2023 | 86 | TRIAL ORDER as to Maurice T. Jones. Estimated trial time 3 days Jury Trial set for 10/23/2023 at 09:00 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. Parties shall file witness and exhibit lists no later than twelve days before trial. Motion Hearing and In Limine Conference set for 10/18/2023 at 01:30 PM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. Signed by District Judge Daniel D. Crabtree on August 23, 2023. (mls) (Entered: 08/23/2023) |
| 08/24/2023 | 87 | ENTRY OF APPEARANCE on behalf of USA by Audrey E. McCormick. (McCormick, Audrey) (Entered: 08/24/2023) |
| 10/04/2023 | 88 | NOTICE Pursuant to Federal Rule of Evidence 404(b) by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 10/04/2023) |
| 10/04/2023 | 89 | MOTION in Limine Regarding Voir Dire by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 10/04/2023) |
| 10/04/2023 | 90 | MOTION in Limine on the Issue of Pre–Indictment Delay by USA as to Maurice T. Jones. (Attachments: # 1 Attachment 1, # 2 Attachment 2) (Flannigan, Kim) (Entered: 10/04/2023) |
| 10/06/2023 | 91 | MEMORANDUM AND ORDER denying 35 Motion to Dismiss as to Maurice T. Jones (1). Signed by District Judge Daniel D. Crabtree on 10/06/2023. (kmc) (Entered: 10/06/2023) |
| 10/11/2023 | 92 | MOTION to Dismiss Count III of the Indictment by Maurice T. Jones. (Burdick, Timothy) (Entered: 10/11/2023) |
| 10/11/2023 | 93 | NOTICE Regarding Expert Testimony Pursuant to Rule 16(a)(1)(G) by Maurice T. Jones. (Attachments: # 1 Attachment A, # 2 Attachment B) (Burdick, Timothy) (Entered: 10/11/2023) |
| 10/11/2023 | 94 | MOTION for Production of Witness Fed. R. Crim. P. 17(b) by Maurice T. Jones. (Burdick, Timothy) (Entered: 10/11/2023) |
| 10/11/2023 | 95 | EXHIBIT LIST by Maurice T. Jones. (Burdick, Timothy) (Entered: 10/11/2023) |
| 10/11/2023 | 96 | PROPOSED WITNESS LIST by Maurice T. Jones. (Burdick, Timothy) (Entered: 10/11/2023) |
| 10/11/2023 | 97 | PROPOSED WITNESS LIST by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 10/11/2023) |
| 10/11/2023 | 98 | EXHIBIT LIST by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 10/11/2023) |
| 10/11/2023 | 99 | NOTICE OF EXPERT TESTIMONY pursuant to Rule 16(a)(1)(G) by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 10/11/2023) |
| 10/12/2023 | 100 | ORDER re 94 Motion for Production of Witness Fed. R. Crim. P. 17(b) as to Maurice T. Jones (1). Signed by District Judge Daniel D. Crabtree on 10/11/2023. (kmc) (Entered: 10/12/2023) |

| 10/12/2023 | 101 | RESPONSE TO MOTION by USA as to Maurice T. Jones re 92 Motion to Dismiss Count III of the Indictment. (Flannigan, Kim) (Entered: 10/12/2023) |
| 10/16/2023 | 102 | AMENDED EXHIBIT LIST by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 10/16/2023) |
| 10/16/2023 | 103 | RESPONSE TO MOTION by Maurice T. Jones re 89 Motion In Limine Regarding Voir Dire. (Burdick, Timothy) (Entered: 10/16/2023) |
| 10/16/2023 | 104 | RESPONSE re 88 Notice Pursuant to Federal Rule of Evidence 404(b) by Maurice T. Jones. (Burdick, Timothy) (Entered: 10/16/2023) |
| 10/17/2023 | 105 | AMENDED EXHIBIT LIST by Maurice T. Jones. (Burdick, Timothy) (Entered: 10/17/2023) |
| 10/17/2023 | 106 | SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY pursuant to Rule 16(a)(1)(G) by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 10/17/2023) |
| 10/17/2023 | 107 | PROPOSED/REQUESTED JURY INSTRUCTIONS by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 10/17/2023) |
| 10/18/2023 | 108 | PROPOSED/REQUESTED JURY INSTRUCTIONS by Maurice T. Jones. (Burdick, Timothy) (Entered: 10/18/2023) |
| 10/18/2023 | 109 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: MOTION HEARING and IN LIMINE CONFERENCE as to Maurice T. Jones held on 10/18/2023. The court denies 89 Government's Motion in Limine Regarding Voir Dire, denies as moot 90 Government's Motion in Limine on the Issue of Pre−Indictment Delay and denies 92 Defendant's Motion to Dismiss as set forth in full on the record. Defendant remanded to custody. (Court Reporter Kim Greiner) (mig) (Entered: 10/19/2023) |
| 10/23/2023 | | **Set Additional Jury Trial Days as to Maurice T. Jones: Jury Trial set for 10/24/2023 and 10/25/2023 at 09:00 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. (mig)** (Entered: 10/23/2023) |
| 10/23/2023 | 110 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Maurice T. Jones held on 10/23/2023. Jury selection held. Jury selected. Trial to resume on 10/24/2023 at 9:00AM. Defendant remanded to custody. (Court Reporter Nancy Wiss) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 10/23/2023) |
| 10/24/2023 | 111 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Maurice T. Jones held on 10/24/2023. Opening statements by the parties. The government begins presentation of evidence. Trial to resume on 10/25/2023 at 10:30AM. Defendant remanded to custody. (Court Reporter Nancy Wiss) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 10/24/2023) |
| 10/25/2023 | 112 | COURT'S PROPOSED JURY INSTRUCTIONS used at Instructions Conference Conducted Under Fed. R. Crim. P. 30 as to Maurice T. Jones. (mig) (Entered: 10/25/2023) |
| 10/25/2023 | | **Set Additional Jury Trial Days as to Maurice T. Jones: Jury Trial set for 10/26/2023 at 09:30 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. (mig)** (Entered: 10/25/2023) |

| 10/25/2023 | 113 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Maurice T. Jones held on 10/25/2023. The government continues presentation of evidence. The government rests. The defendant rests. Jury Instructions Conference held. Instructions read to the jury. Closing arguments by the parties. Jury retires to deliberate. Jury deliberations to resume on 10/26/2023 at 9:30AM. Defendant remanded to custody. (Court Reporter Nancy Wiss) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 10/25/2023) |
|---|---|---|
| 10/26/2023 | 114 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: JURY TRIAL as to Maurice T. Jones held on 10/26/2023. Jury continues deliberations. Jury returns verdict. (Court Reporter Nancy Wiss) (Attachments: # 1 Witness Sheet, # 2 Government's Exhibit List, # 3 Defendant's Exhibit List) (mig) (Entered: 10/27/2023) |
| 10/26/2023 | 115 | JURY INSTRUCTIONS as to Maurice T. Jones. Signed by District Judge Daniel D. Crabtree. (mig) (Entered: 10/27/2023) |
| 10/26/2023 | 116 | Jury question and court's response filed as to Maurice T. Jones. (mig) (Entered: 10/27/2023) |
| 10/26/2023 | 117 | JURY VERDICT as to Maurice T. Jones (1). Not Guilty on Counts 1 and 2 of Indictment. Guilty on Count 3 of Indictment. (mig) (Additional attachment(s) added on 10/27/2023: # 1 Unredacted jury verdict form) (kmc). (Entered: 10/27/2023) |
| 10/27/2023 | 118 | NOTICE OF HEARING as to Defendant Maurice T. Jones. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 1/25/2024 at 01:30 PM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. (mig) (Entered: 10/27/2023) |
| 01/05/2024 | 119 | MOTION for Preliminary Order of Forfeiture of by USA as to Maurice T. Jones. (Anderson, Scott) (Entered: 01/05/2024) |
| 01/09/2024 | 120 | PRESENTENCE INVESTIGATION REPORT as to Maurice T. Jones. **(NOTE: Access to this document is restricted to the USA and this defendant.)** (USPO) (Entered: 01/09/2024) |
| 01/18/2024 | 121 | SENTENCING MEMORANDUM by Maurice T. Jones. (Attachments: # 1 Attachment A) (Burdick, Timothy) (Entered: 01/18/2024) |
| 01/22/2024 | 122 | RESPONSE to 121 Sentencing Memorandum by USA as to Maurice T. Jones. (Flannigan, Kim) (Entered: 01/22/2024) |
| 01/25/2024 | 123 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: SENTENCING HEARING held on 1/25/2024 as to defendant Maurice T. Jones. (Court Reporter Nancy Wiss) (Attachments: # 1 Defendant's Exhibit A) (mig) (Entered: 01/25/2024) |
| 01/25/2024 | 124 | STIPULATION AND WAIVER Of Jury Trial Regarding Forfeiture By Defendant by Maurice T. Jones. (ca) (Entered: 01/26/2024) |
| 01/31/2024 | 125 | JUDGMENT as to Maurice T. Jones (1). Count 3 of the Indictment – Sentenced to 63 months imprisonment, 2 years supervised release and $100 assessment. The |

| | | |
|---|---|---|
| | | defendant has been found not guilty on counts 1–2 of the Indictment. Signed by District Judge Daniel D. Crabtree on 1/31/2024. (ca) (Entered: 01/31/2024) |
| 01/31/2024 | 126 | STATEMENT OF REASONS as to Maurice T. Jones re 125 Judgment.<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(ca) (Entered: 01/31/2024) |
| 02/01/2024 | 127 | NOTICE OF APPEAL TO 10CCA as to defendant Maurice T. Jones re 125 Judgment. (Burdick, Timothy) (Entered: 02/01/2024) |
| 02/01/2024 | | APPEAL FEE STATUS: Filing fee not paid re 127 Notice of Appeal on behalf of Defendant Maurice T. Jones. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mam) (Entered: 02/01/2024) |

AO 245B    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
            Sheet 1

# United States District Court
## District of Kansas

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| Maurice T. Jones | Case Number:  2:21CR20055 - 001 |
| | USM Number:  84067-509 |
| | Defendant's Attorney:  Timothy H. Burdick |

**THE DEFENDANT:**

☐      pleaded guilty to count(s):  ___.

☐      pleaded nolo contendere to count(s) ___ which was accepted by the court.

☒      was found guilty on count <u>3 of the Indictment</u> after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| <u>18 U.S.C. § 922(g)(1)</u><br><u>18 U.S.C. § 924(a)(2)</u> | Felon in Possession of a Firearm and Ammunition, a Class C Felony | 11/27/2017 | 3 |

      The defendant is sentenced as provided in pages 1 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒      The defendant has been found not guilty on count(s) <u>1 and 2 of the Indictment</u>.

☐      Count(s) ___ is dismissed on the motion of the United States.

      IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

<div align="right">

01/25/2024
_____
Date of Imposition of Judgment

s/ Daniel D. Crabtree
_____
Signature of Judge

Honorable Daniel D. Crabtree, U.S. District Judge
_____
Name & Title of Judge

01/31/2024
_____
Date

</div>

AO 245B    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
       Sheet 2 – Imprisonment

Judgment – Page **2** of **7**

DEFENDANT:     Maurice T. Jones
CASE NUMBER:  2:21CR20055 - 001

# IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>63 months</u>.

☐     The Court makes the following recommendations to the Bureau of Prisons:

☒     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district.

     ☐ at ___ on ___.

     ☐ as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before ___ on ___.

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
             Deputy U.S.  Marshal

AO 245B      (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
             Sheet 3 – Supervised Release

Judgment – Page **3** of **7**

DEFENDANT:      Maurice T Jones
CASE NUMBER:    2:21CR20055 - 001

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of <u>2 years</u>.

# MANDATORY CONDITIONS

1.   You must not commit another federal, state, or local crime.

2.   You must not unlawfully possess a controlled substance.

3.   You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight (8) drug tests per month.

     ☐   The above drug testing condition is suspended based on the court's determination that you pose a low risk of future substance abuse.  *(Check if applicable.)*

4.   ☐   You must make restitution in accordance with <u>18 U.S.C. §§ 3663</u> and <u>3663A</u> or any other statute authorizing a sentence of restitution. *(Check if applicable.)*

5.   ☒   You must cooperate in the collection of DNA as directed by the probation officer. *(Check if applicable.)*

6.   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (<u>34 U.S.C. § 20901</u>, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(Check if applicable.)*

7.   ☐   You must participate in an approved program for domestic violence. *(Check if applicable.)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

2:21-cr-20055-DDC
USA v. Maurice T. Jones
Preliminary Record, p.18

AO 245B    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
Sheet 3A – Supervised Release

DEFENDANT:    Maurice T Jones
CASE NUMBER:  2:21CR20055 - 001

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or Tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may, after obtaining court approval, require you to notify the person about the risk and you must comply with that instruction.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
Sheet 3C - Supervised Release

Judgment – Page **5** of **7**

DEFENDANT:      Maurice T Jones
CASE NUMBER:   2:21CR20055 - 001

# SPECIAL CONDITIONS OF SUPERVISION

1.    You must participate as directed in a cognitive behavioral program and follow the rules and regulations of that program which may include MRT, as approved by the United States Probation and Pretrial Services Office. You must contribute toward the cost, to the extent you are financially able to do so, as directed by the U.S. Probation Officer.

2.    You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

3.    You must submit to substance abuse testing to determine if you have used a prohibited substance. You must contribute toward the cost, to the extent you are financially able to do so, as directed by the U.S. Probation Officer. You must not attempt to obstruct or tamper with the testing methods.

ACKNOWLEDGMENT OF CONDITIONS:
I have read or have had read to me the conditions of supervision set forth in this judgment; and I fully understand them. I have been provided a copy of them. I understand upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision and/or (3) modify the conditions of supervision.

Defendant's Signature _____    Date _____

USPO Signature         _____    Date _____

AO 245B    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
          Sheet 5 – Criminal Monetary Penalties

Judgment – Page **6** of **7**

DEFENDANT:      Maurice T Jones
CASE NUMBER:   2:21CR20055 - 001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100 | None | Waive | Not applicable | Not applicable |

☐    The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐    The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐    Restitution amount ordered pursuant to plea agreement $___ .

☐    The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

2:21-cr-20055-DDC
USA v. Maurice T. Jones
Preliminary Record, p.21

AO 245B    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page **7** of **7**

DEFENDANT:       Maurice T Jones
CASE NUMBER:   2:21CR20055 - 001

# SCHEDULE OF PAYMENTS

Criminal monetary penalties are due immediately. Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows, but this schedule in no way abrogates or modifies the government's ability to use any lawful means at any time to satisfy any remaining criminal monetary penalty balance, even if the defendant is in full compliance with the payment schedule:

A    ☐    Lump sum payment of $___ due immediately, balance due
        ☐ not later than ___, or
        ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B    ☒    Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C    ☐    Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period of ___ years to commence ___ days after the date of this judgment; or

D    ☐    Payment of not less than 10%  of the funds deposited each month into the inmate's trust fund account and monthly installments of not less than 5% of the defendant's monthly gross household income over a period of ____ years, to commence ___ days after release from imprisonment to a term of supervision;  or

E    ☐    Payment during the term of supervised release will commence within ____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☒    Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 204, 401 N. Market, Wichita, Kansas 67202, or may be paid electronically via Pay.Gov.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐      Joint and Several

Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount and corresponding payee, if appropriate.

| **Case Number**<br>**Defendant and Co-Defendant Names**<br>**(including defendant number)** | **Total Amount** | **Joint and Several**<br>**Amount** | **Corresponding Payee,**<br>**if appropriate** |
|---|---|---|---|

☐      The defendant shall pay the cost of prosecution.

☐      The defendant shall pay the following court cost(s):

☐      The defendant shall forfeit the defendant's interest in the following property to the United States.  Payments against any money judgment ordered as part of a forfeiture order should be made payable to the United States of America, c/o United States Attorney, Attn: Asset Forfeiture Unit, 1200 Epic Center, 301 N. Main, Wichita, Kansas 67202.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| Plaintiff, | } | |
| | } | Case No. 2:21-cr-20055-DDC-1 |
| vs. | } | |
| | } | Hon. Daniel D. Crabtree, |
| MAURICE T. JONES., | } | United States District Judge, |
| Defendant. | } | Presiding |
| | } | |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant, Maurice T. Jones., hereby appeals to the United

States Court of Appeals for the Tenth Circuit from the Judgment and Commitment Order this Court

entered in the above-captioned case on January 31, 2024.

Date: February 1, 2024

Respectfully submitted,

s/Tim Burdick
TIM BURDICK, #78152
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6712
Fax: (913) 551-6562
Email: tim_burdick@fd.org
COUNSEL FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kim Flannigan
Assistant United States Attorney
Kim.Flannigan@usdoj.gov

<div align="center" style="margin-left:50%;">

s/Tim Burdick
TIM BURDICK, #78152
</div>